Mr. Steve Crowley
Re: Hillman v Toro

March 17, 2023
Page 36

the percentage of deaths from tipovers and rollovers had increased from 50% of the total to 68% of the total.

Also in 1993, a report by the CPSC, Ride-on Mower Analysis (1987-1990), CPSC, Propit Adler, September 1993, revealed that stability related accidents resulted in some 2200 injuries per year and was the primary hazard with 20% of the victims being hospitalized. The study further indicated that approximately 76% of the operators fell or jumped off the mower. Note that the design of the Toro Timecutter SS5500 seat position and the lap bars over the operator's legs makes falling or jumping from the Toro Timecutter SS5500 very difficult. The CPSC went on to note that approximately three out of every four victims were hit and/or trapped when the mower turned over and landed on top of them. It was indicated that between January 1987 and December 1990 that there were 362 deaths associated with power ride-on mowers. Of the 362 deaths, 213 (59%) were identified as involving tip-over. They also estimated using a capture/recapture method that an average of 150 deaths occurred each year from 1987 to 1990. They indicated that 60 of these deaths resulted from ride-on mowers (riding mowers, lawn tractors and lawn and garden tractors.) The remaining 90 deaths were on tractors that were not specified but which were not farm or industrial tractors.

This study indicated that the operation of a ride-on mower is a complex task. There are many factors involved. Operators of different sizes, ages and experience operate the ride-on mowers over areas with different terrains such as wet and dry grassy slopes, uneven surfaces, around trees and other stationary structures, near banks, walls, and ditches. In addition, debris can be hidden in tall grass along with holes, ruts and washouts. It was indicated that the lawn tractors involved in the accidents had an average horsepower of 12 hp for front engine mounted machines and 8 hp for rear engine machines. At that time 72% of the ride-on mowers were front engine riders and 25% were rear engine riders and that there was no significant difference in the accident rates between front engine. rear engine and specialty type ride-on mowers. It was indicated that 96% of the accidents involved ride-on mowers with mid-mount mower decks rather than front or rear mounted decks.

In 1994, another CPSC staff study, Power Mower Injury and Hazard Trend Analysis 1983-1993, Propit Adler, CPSC, May 1994, found that the annual injury rate for ride-on mowers was more than three times higher than the annual injury rate for walk-behind mowers. The study noted that the injury trend related to ride-on mowers (which had not been regulated by the CPSC) showed no significant change in the injury rate over the prior 11-year period. However, for walk-behind mowers, which were mandatorily regulated by the CPSC starting June 30,1982, there was a significant decrease of 3,100 injuries per year.

In 1996, the CPSC indicated in its News Bulletin #96-127 of May 20, 1996 that each year, about 25,300 people are injured and 75 people are killed on or near riding lawnmowers and garden tractors.

In 2005, the CPSC indicated in its Document #588 on Riding Mowers that:
> The U.S. Consumer Product Safety Commission estimates that 37,000 consumer injuries related to riding mower incidents were treated annually in hospital emergency rooms during 2003-2005. Based on incidents reported to the Commission, an annual average of 95 deaths was attributed to riding mowers

Exhibit 14-36

Mr. Steve Crowley
Re: Hillman v Toro

March 17, 2023
Page 37

during 2001-2003. Fatal incidents were noted to have several common patterns:
the machine tips over, the victim falls under or is run over by the machine
(incidents involving young children are in this category), or the victim is thrown
from or falls off the machine.

In 2012, the CPSC indicated in its Publication #588 indicated:

Hazards most often associated with riding equipment are blade contact and loss of
stability. The U.S. Consumer Product Safety Commission estimates that 34,000
consumer injuries related to riding mower incidents were treated annually in
hospital emergency rooms during 2010-2012. Based on incidents reported to the
Commission, an annual average of about 90 deaths was attributed to riding
mowers during 2007-2009. Fatal incidents have several common patterns: the
machine tips over, the victim falls under or is run over by the machine (incidents
involving young children are in this category), or the victim is thrown from or
falls off the machine.

Also in 2003 the CPSC indicated in the "Special Report - Emergency Room Injuries - adults 65
and Older" that the CPSC had received reports of 51 yard and garden equipment deaths among
persons 65 and older including 23 deaths involving riding lawn mowers or garden tractors. The
riding mower-related deaths were mostly the result of mower rollovers, falls off mowers and
riding mowers going off raised terrain features such as retaining walls or creek banks.

The CPSC indicated in February 2004 in the report titled "Hazard Analysis of Power Lawn
Mower Studies, Calendar Years 2003 and 1993 by Propit Adler and Thomas Schroeder (page 19)
that "About 11% of the injuries were associated with loading or unloading the mowers onto or
from a vehicle using ramps. The ramps slipped/tilted, or the wheels spun off the ramps causing
the mowers to tip over either sideways or backwards." The number of injuries reported was
3300 for the rolling/tipping over hazard which would provide approximately 363 injuries from
loading/unloading onto vehicles using ramps for the 1993 calendar year. There were 8000
injuries from this hazard indicated for 2003.

Exhibit 14-37

Mr. Steve Crowley
Re: Hillman v Toro

March 17, 2023
Page 38

## Attachment B – List

### Standards

1. ASAE STANDARD: ASAE S209 - Agricultural Wheel-Type Tractor Test Code. (January 1957 to 1991)
2. ASAE RECOMMENDATION: ASAE R305.1 - Operator Protection for Agricultural and Light Industrial Tractors. (Dec. 1967 - 1972).
3. ASAE RECOMMENDATION: ASAE R306.1 - Protective Frame Performance Requirements. (12-67).
4. Interoffice Memo of Farm and Industrial Equipment Institute by Edward F. Brasky to Members, FIEI Industrial Safety Committee, (June 6, 1967) regarding Revised Proposed SAE Recommended Practice, "Protection for Agricultural and Light Industrial Tractors."
5. ASAE STANDARD: ASAE S383 - Roll-Over Protective Structures (ROPS) for Wheeled Agricultural Tractors (1977-1989).
6. ASAE STANDARD: ASAE S390 - Terminology for Agricultural Equipment.
7. ASAE STANDARD: ASAE *S519 (ANSI/SAE J2194) (Dec. 87) - Roll-Over Protective Structures (ROPS) for Wheeled Agricultural Tractors (ISO Compatible).
8. Code of Ethics for Engineers for the National Society of Professional Engineers, no date.
9. Engineers' Creed adopted by National Society of Professional Engineers, June 1954.
10. Code of Ethics of Engineers of The American Society of Mechanical Engineers, March 16, 1975.
11. ANSI/ASAE S547 (Dec. 02) Tip-Over Protective Structure (TOPS) for Front Wheel Drive Turf and Landscape Equipment, ASAE Standard 2004.
12. Code of Ethics of Engineers, Agricultural Engineers Yearbook of Standards, 1983.
13. SAE Standard – SAE J1040, Performance Criteria for Rollover Protective Structures (ROPS) for Construction, Earthmoving, Forestry, and Mining Machines, Approved April 1974, Reaffirmed in May 1994.
14. SAE Standard– SAE J1042, Operator Protection for General-Purpose Industrial Machines, Approved June 1974, revised in February 1986, Reaffirmed in June 1993.
15. SAE Standard – SAE J1194, Rollover Protective Structures (ROPS) for Wheeled Agricultural Tractors, Approved June 1977, Reaffirmed in July 1983, Revised in May 1989, Reaffirmed in September 1994.
16. SAE Standard – SAE J2194, Roll-over Protective Structure (ROPS) for Wheeled Agricultural Tractors, June 1993.
17. ANSI/ASAE S323.2, Definitions of Powered Lawn and Garden Equipment, ANSI Standard May 1989, Reaffirmed by ANSI December 1995.
18. ASAE Standard: ASAE S383.1 (SAE J1194 May 89), Roll-Over Protective Structures (ROPS) for Wheeled Agricultural Tractors, Reaffirmed December 1993.
19. ASAE Standard: ASAE S440.2, Safety for Powered Lawn and Garden Equipment, Adopted February 1984, Reaffirmed December 1996.
20. ASAE Draft Standard: X547 Tip-Over Protective Structure (TOPS) for Front Wheel Drive Turf and Landscape Equipment – Draft 6, December 1995.

Exhibit 14-38

Mr. Steve Crowley                                             March 17, 2023
Re: Hillman v Toro                                                    Page 39

21. Agricultural Tractors Roll-Over Protective Structures, Department of Labor, Occupational Safety and Health Administration, Federal Register, April 25, 1975.

22. OSHA Standards 1926.1000(a)(1), 1926.1000(c)(1), and 1926.1000(c)(2), per Internet cite www.osha.gov on 7/28/06.

23. OSHA ROPS Standards for Tractors Used in Agricultural Operations, 1928.51(a), 1928.51(b)(1) per Internet cite www.osha.gov on 7/28/06.

24. ASAE Standard: ASAE S336, "Protective Enclosures – Test Procedures and Performance Requirements," 1971.

25. ANSI/ASAE S318.10 - "Safety for Agricultural Equipment," reconfirmed December 1982, revised March 1984, March 1985, March 1987, April 1988, revisions approved by ANSI June 1989.

26. ASAE Standard: ASAE S390.1 (SAEJ1150 June 83) - "Classifications and Definitions of Agricultural Equipment," adopted by ASAE March 1978, reconfirmed December 1982, revised February 1984, reconfirmed December 1988.

27. Barclays California Code of Regulations, Register 93, No. 30, 7/23/93.

28. SAE Standard: SAEJ232 - "Industrial Rotary Mowers," Approved July 1971, completely revised, December 1984.

29. ASAE STANDARD: ASAE S318.12 - "Safety for Agricultural Field Equipment," SAE Construction, Agricultural, and Off-Road Machinery Standards Manual, 1996 Edition, March 1997.

30. ASAE STANDARD: ASAE S383.1 (SAE J1194 JUL83), Roll-Over Protective Structures (ROPS) for Wheeled Agricultural Tractors, Revised December 1983.

31. ASAE STANDARD: ASAE S310.3 (SAE J167 JUN 81), Overhead Protection for Agricultural Tractors – Test Procedures and Performance Requirements, Reconfirmed December 1987.

32. ANSI/ASAE S478 June 00, Roll-Over Protective Structures (ROPS) for Compact Utility Tractors, Approved March 1996; reaffirmed June 2000 by American National Standards Institute, ASAE Standards 2004.

33. SAE STANDARD: SAE J2194 Aug. 02, Roll-Over Protective Structures (ROPS) for Wheeled Agricultural Tractors, Reaffirmed by SAE June 1993, September 1997, and August 2002, ASAE Standards 2004.

34. ASAE STANDARD: ASAE S383.1 Feb. 04, Roll-Over Protective Structures (ROPS) for Wheeled Agricultural Tractors, reaffirmed February 2004, ASAE Standards 2004.

35. The European Standard EN 836: 1997 has the status of a British Standard, BS EN 436: 1997.

36. Proposed Petition Decision of the Occupational Safety and Health Standards Board, Petition File No. 494, 2007.

37. OSHA Standards 1926.1001, per Internet cite www.osha.gov on 3/21/08.

38. OSHA Standards 1926.1002, per Internet cite www.osha.gov on3/21/08.

39. OSHA Standards 1926.1000, per Internet cite www.osha.gov on 4/15/08.

40. OSHA Standards 1926.1003, per Internet cite www.osha.gov on 4/15/08.

Exhibit 14-39

Mr. Steve Crowley                                                    March 17, 2023
Re: Hillman v Toro                                                            Page 40

## Mower Standards

1. American National Standard - ANSI B71.4-2004 re Commercial Turf Care Equipment -- Safety Specifications, Secretariat Outdoor Power Equipment Institute, Inc., 2004.

2. ANSI B71.4-2004 – Annex A (Informative) Rationale.

3. ANSI B71.1-2003 American National Standard for Consumer Turf Care Equipment – Walk-Behind Mowers and Ride-On Machines with Mowers – Safety Specification re "Roll Over Protective Systems," approved September 23, 2003.

4. ANSI/OPEI Voluntary Standard for Consumer Turf Care Equipment (B71.1-2003) "Roll Over Protective Systems." (copyright 2004)

5. American National Standard - ANSI B71.4-1999 re Commercial Turf Care Equipment – Safety Specifications, 1999.

6. ANSI/OPEI B71.1-1998 American National Standard for Consumer Turf Care Equipment – Walk-Behind Mowers and Ride-On Machines with Mowers – Safety Specifications, 1998.

7. Proposed ISO/DIS Draft 21299 Standard, Powered Ride-on Turf Care Equipment – Roll-over Protective Structure (ROPS) – Test Procedures and Acceptance Criteria, International Organization for Standardization, 2006.

8. ASAE STANDARD: ASAE S440.2 Feb. 03, Safety for Powered Lawn and Garden Equipment, reaffirmed for two years February 2003, ASAE Standards 2004.

9. Consumer Product Safety Commission (CPSC) Proposed Safety Standard: Power Lawn Mowers, 16 CFR Part 1205, Federal Register, Vol. 42, No. 87, May 5, 1977.

10. "Lawn Mower Makers Shortcut Safety," by Gene E. Schroer and Dan L. Wulz, Trial, November 1980.

11. Minutes of ASABE PM-52 Turf and Landscape Equipment Systems (PM-23/13) Louisville, Kentucky, dated February 14, 2006.

12. Summary of International Standards Activity for Operator Protective Systems for Zero Turn Machines, November 21, 2003.

13. E-mail from Kristen Renick on behalf of Steve Points to the ROPS Working Group, dated May 15m 2006.

14. Agenda for 11/20/03 Meeting with CPSC.

15. Draft of proposed changes to ASAE S383.1 to include Turf Care Equipment, no date.

16. Interoffice Memo to . . . Jimmy Eavenson re: Controllability, Mid Mount Zero Turn Mowers, 14 Mar 01 Call, dated March 15, 2001 (Revised 01 May 2001).

17. Test Description - R292.10 - Z Slope Operation, of 10/10/2003.

18. Meeting Summary of PM-52 AUTO ROPS "X599" Working Group Meeting, July 10, 2006.

19. Agenda PM-52 Turf and Landscape Equipment Systems (PM-23/13) South West Board Room, Exposition Center, Louisville, Kentucky, October 6, 2006.

20. E-Mail correspondence between Kristen Renick and Homer Gattis re ISO DIS 21299 Information and Conference Call Notice to ROPS Working Group Members, dated October 11, 2006.

21. ISO DIS 21299 Powered ride-on turf care equipment – Roll-over protective structures (ROPS) – Test procedure and acceptance criteria, 5/12/06.

Exhibit 14-40

Mr. Steve Crowley                                                    March 17, 2023
Re: Hillman v Toro                                                          Page 41

22. Consumer Product Safety Commission Withdrawal of Proposed Rule re: Riding Lawn
Mowers of August 9, 1984.

23. Consumer Product Safety Commission Withdrawal of Proposed Rule re: Riding Lawn
Mowers of February 11, 1983.

24. National Commission on Product Safety, Final Report Presented to the President and
Congress, June 1970.

25. Manual on Outdoor Power Equipment Standards published by OPEI, August 1978.

26. ASA B71.1 – 1960, ASA B71.1-1964, USAS B71.1 – 1968, ANSI B71.1-1972, ANSI
B71.1-1980, ANSI B71.4-1980, Stability Test Requirements.

## Hydrostatic Drives and Brake Information

1. US Patent 7,275,371 B1
2. US Patent 8,919,224 B1
3. US Patent 9,816,611 B1
4. Hydro-Gear BLN-52622_ZT2100_ZT2200 Service Manual
5. Kubota ZG200_300-Brochure
6. Kubota ZG222
7. Toro Titan Operators Manual 140450
8. Hydro-gear BLN-51260 Manual
9. Sauer Danfoss Series 40 Motors Tech Info RevF Sept.-2006.
10. Hydro Gear - ZT Series – 2005
11. Hydro Gear - ZT Series Hydrostatic Transaxles
12. FLUID POWER SAFETY INSTITUTE™ - Safety Alert #30
13. Hydrostatic Transmission Application Considerations for Commercial Turf
Maninenance Vehicles 1991.
14. Sauer Danfoss BD Series Hydrostatic TransmissionTechnical Information
15. Sauer Danfoss Warning **Unintended vehicle or machine movement hazard.**The loss of hydrostatic
drive line power, in any mode of operation (forward, neutral, or reverse) may cause the system to lose
hydrostatic braking capacity. You must provide a braking system, redundant to the hydrostatic
transmission, sufficient to stop and hold the vehicle or machine in the event of hydrostatic drive power loss.
16. Hydro Gear - Designs that move in the right direction - 9-03

## General ROPS Information

1. "Farm Accidents and Injuries: A Review and Ideas for Prevention," by Carleen H.
Stoskopf and Jonathan Venn, Ph.D., Journal of Environmental Health, Vol. 47, No. 5,
250-252, March/April 1985.

2. "Tractor Rollovers Are Most Common Farm Fatality," printed off of the Internet.
(August 11, 1998). It is noted that, "This page is maintained by Carla Johnson
(cj@aes.purdue.edu), Secretary, Agricultural Communication Service, Purdue University.

3. "Summary: Farm Injury Facts," by Mark A. Purschwitz, Ph.D., University of Wisconsin-
Madison/Extension, 1997. Summary off the Internet from the University of Wisconsin
Center for Agricultural Safety and Health.

4. "Majority of Accidents on Farms Involve Tractors," CA, Inc., Highlights,
October/November 1998.

Exhibit 14-41

Mr. Steve Crowley                                                      March 17, 2023
Re: Hillman v Toro                                                            Page 42

5.  "NIOSH Reports on the Preventability of Tractor Rollovers," NIOSH Update, DHHS (NIOSH) Publication No. 93-119.

6.  TRAC-SAFE Facilitator's Manual. U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, 1996.

7.  "Keep Your Guard Up!" U.S. Dept. of Agriculture in Cooperation with the National Safety Council, 1968.

8.  "The Tractor Safety Cabs and Frames Controversy," Agricultural Safety Bulletin, by Arthur Friend, Vol. 4, No. 6 Summer 1970.

9.  Letter from J.C. Eckhold, Ford's Automotive Safety Director to George Guenther, Assistant Secretary of Labor Office of Safety and Health Standards Occupational Safety and Health Administration, re Proposed Regulations for Rollover Protective Structures and Overhead Protection, dated 11/24/71.

10. Letter from John H. Zich, Ford's Governmental Compliance Manager Product Development Office to Charles E. Wilson, U.S. Dept. of Labor, re: The Effect of Protective Frames or Cabs in Reducing Injuries from Overturns, dated 12/6/72.

11. "Some Facts About Tractor Frames," Extension Bulletin E/2 of the New Zealand Agricultural Engineering Institute, 1969.

12. "Roll-Over Protective Structures for Farm and Construction Tractors – A 50 Year Review," by James F. Arndt, Deere & Co., SAE, April 5-7, 1971.

13. "The Price of A ROPS Has Been Reduced. The Price of a Rollover Has Not." John Deere Advertisement, no date.

14. "Tractor Risk Abatement and Control: A Community-Based Intervention for Reducing Agricultural Tractor-Related Fatalities and Injuries," by C.J. Lehtola, K.J. Donham and S.J. Marley, 1995 by CRC Press Inc.

15. "Farm Tractor – Related Fatalities – Kentucky, 1994," Morbidity and Mortality Weekly Report, (MMWR), Vol. 44, No. 26, July 7, 1995.

16. "Tractor-Related Injuries in Ontario," by William Pickett, Ph.D., and Robert J. Brison, MD, MPH, FRCPC, Canadian Journal of Public Health, July-August 1995.

17. "Agricultural Safety, Design First, Then Educate!" by Wesley Buchele - ASAE Paper 938001, 6/20/93.

18. The First Annual U.S. Farm Accident Report – 1986 by Arnold B. Skromme, 1/6/88.

19. Rollover Protective Systems for Heavy-Duty Off-Highway Earthmoving Equipment by Howard S. Latham, National Safety Congress Transactions, Vol. 16, 1968.

20. Farm Tractor Safety by National Safety Council, 8/78.

21. The Consumer's Perspective - Surgeon General's Conference on Ag Safety and Health - April 30, May 3, 1991. (Craig Merrilees)

22. "Dealer and the Safety Selling Mission," Implement and Tractor magazine by Bill Fogarty, January 21, 1969.

23. "Tractor Overturns. . . Take Many Lives," Idaho Health Bulletin, Spring 1969 - Lincoln vs. Deere.

24. "The 1970s: The Decade of the Guard," by Wesley F. Buchele – Engineering a Safer Food Machine, 1980 ASAE Winter Meeting.

Exhibit 14-42

Mr. Steve Crowley                                                       March 17, 2023
Re: Hillman v Toro                                                              Page 43

25. Tractor Risk Abatement and Control, Melvin L. Myers, M.P.A., Consultant.

26. Tractor Companies Unite to Promote ROPS and Seat Belts on Older Machines, The Fleming Farmer, p. 7, Sept.18, 1997.

27. Small Agricultural Tractor ROPS - New Operator Protective Zone, Triodyne Inc., Safety Brief, SAE Technical Paper Series 911782, August 1992.

28. Anti-Roll Bars on Wheel Tractors and Mowers the North Dakota Picture, By Warren I. Hanson, American Society of Agricultural Engineers, ASAE Paper No. 62-658, 1962.

29. Tractor Operation and Anti-Roll Bars, National Safety News, National Safety Council Data Sheet, 1966.

30. Reducing Tractor Fatalities, Agricultural Engineering, September, 1966.

31. An Abstract of A Study Entitled Frequency and Type of Tractor Overturns on Nebraska Highway and Farms, 1970.

32. Ford Tractor Operations, U.S. Department of Labor, Safety and Health Administration, 1971.

33. Tractor Overturn Protection, Farm Safety Review, January -February 1972.

34. A Survey of Progress Toward ASAE Safety Goals, by P. L. Bellinger, American Society of Agricultural Engineers, Paper No. 75-5519, December 15-18, 1975.

35. Motor Graders, Bulldozers, and Scrapers, National Safety Council, 1961.

36. Tractor Canopies, National Safety Council Technical Release, January 28, 1965.

37. Survey Shows Open Tractors Are Unsafe, Machine Design, January 5, 1967.

38. Roll Guards for Tractors, by Merlin Hansen, John Deere Waterloo Tractor Works, Society of Automotive Engineers, September 12-15, 1966.

39. John Deere Introduces a New Optional Safety Frame, The Furrow, 1966.

40. Don't Toy Around With Farm Safety, John Deere Roll Guard, December 1967.

41. Frame the Operator for Safety's Sake, by Ernest C. Carlson, Excavating Contractor, October 1968.

42. Road Roller Overturns, Killing Operator, Safety Digest, AMC Pamphlet, May 1969.

43. Engineering Basics of Roll Over Protective Structures, by G. L. Klose, Caterpillar Tractor Co., Date unknown.

44. Development of ROPS Criteria for Construction and Industrial Vehicles, J.E. Staab, Caterpillar Tractor Co., Society of Automotive Engineers, September 13-16, 1971.

45. Roll Over Protective Structures, National Safety Council, Safety Newsletter, May 1976.

46. Parts Book - Operating & Service Instructions-Shop Repair Manual, for Model SP 912, Serial No. 1209, Ferguson Manufacturing and Equipment Co., Inc.

47. Farm Tractor Fatalities: The Failure of Voluntary Safety Standards, by Trudy Karlson, MS, and Jay Noren, MD, MPH, AJPH, February 1979, Vol. 69, No.2.

48. Media Reports of Rural Health and Safety: A Review of Articles Published in The Land Newspaper, by Robyn Shea and Simon Chapman, Aust. J. Rural Health (2001).

49. "Tractor Roll-Over Protection Frames," National Safety News, by E.C. Carlson, 3/68.

50. "Breakthrough in Tractor Safety," by R.W. King, Director of Product Services Massey-Ferguson, Inc., Farm Profit, Fall, 1978.

Exhibit 14-43

Mr. Steve Crowley
Re: Hillman v Toro

March 17, 2023
Page 44

51. "Roll-Over Protective Structures: A Guide to the ROPS Regulations," Ontario Ministry of Labour, Occupational Health and Safety Division, August 1988.

52. OSHA 1976 Standard for ROPS, "OSHA ROPS and Operator Instruction Requirements," Penn State College of Agricultural Sciences, Agricultural and Biological Engineering Fact Sheet, by Dennis J. Murphy, 1991.

53. "A Summary of Laws Relating to Agricultural Machinery Safety," Penn State College of Agricultural Sciences, Agricultural and Biological Engineering Fact Sheet, by Dennis J. Murphy, no date.

54. "Tractor Overturn Hazards," Penn State College of Agricultural Sciences, Agricultural and Biological Engineering Fact Sheet, by Dennis J. Murphy, no date.

55. NIOSH Agricultural Safety and Health Center, June 2004, National Agricultural Tractor Safety Initiative, National Ag Safety Database (NASD), printed from Website 3/16/07.

56. Hercules ROPS for Agricultural Tractors AD entitled "Would You Let Your Loved Ones Use a Tractor Without a ROPS?" no date on publication, printed from Website 3/16/07.

57. Building Safety Into Mobile Mine Equipment, by R.S. Frank, National Safety Congress, 1971.

58. Agricultural Mower Safety, National Ag Safety Database (NASD), copyright 2002, printed from Website on 4/25/07.

59. "Development of a Protective Frame and Cab Recommended Practice for Agricultural and Light Industrial Tractors in the United States," by D.L. Stevenson and W.E. Gustin, American Society of Agricultural Engineers, Paper No. 68-110. (6/18 - 21/68)

60. Farm Tractors 1950 - 1975, by Lester Larsen.

61. Farm Tractors 1975-1995, by Larry Gay, published by American Society of Agricultural Engineers.

62. DVD entitled "A Tractor Accident Can Happen to Anyone," from The Ohio State University website, Jan/Feb. 2005. (Previously provided DVD on 5/30/08)

63. Deere Personal Injury Accident Reporting System - May 1, 1979 (Letter from J. L. Anderson and R.J. Doherty of Deere & Co.)

64. Ford General Sales Letter re: Safety, 7/29/82.

65. ROPS Retrofit Internet Search, 6/12/01.

66. Allis-Chalmers Inter Office Correspondence of June 21, 1982 ROPS Warning Materials Mandatory Rollover Protective Structure (ROPS Equipment on Tractors.

67. Massey-Ferguson memo 7/27/76 re: DOANES Survey.

68. Massey-Ferguson memo re: labels for first series of fold down ROPS, 1/21/86.

69. Ford General Sales Letter, 5/7/85 - Re: ROPS.

70. Ford ROPS Brochure, "A Tractor Without a ROPS Could Cost You and Arm and a Leg. Or a Life." September 1988.

71. Massey-Ferguson memo re: Replacement of decals for used tractors sold - 12/21/89.

72. Yanmar ROPS Warning Materials.

73. A Guide to Tractor Roll Bars and Other Rollover Protective Structures published by the Wisconsin Rural Health Research Center - 1/93.

Exhibit 14-44

Mr. Steve Crowley                                                          March 17, 2023
Re: Hillman v Toro                                                              Page 45

74. A Guide to Tractor Roll Bars and Other Rollover Protective Structures published by the Wisconsin Rural Health Research Center, October 1990.

75. Ford General Sales letter re: ROPS as standard without delete option, 12/17/84.

76. Ford Dealer Sales Letter re: Rollover Protective Structures (ROPS), January 6, 1988.

77. Report of Winter Meeting - National Safety Council, 1/23/76.

78. Report of Winter Meeting - National Safety Council, 2/1/79.

79. Engineer's Report from Agricultural Extension Service, University of California by R.W. Brazelton - 7/23/73.

80. Case IH Tractor Operator Manual, 1991.

81. Case IH Tractor Brochure - date unknown.

82. Agricultural Engineering Magazine - Saf-T-Cab, Inc. 6/86.

83. Duetz-Allis Tractor Brochure – 1987.

84. Patent # 3,402,941 - Adjusting Roll Bar for Tractors – W.W. Martinmass-Telescoping ROPS patent - 9/24/-68.

85. Saf-T-Cab Brochure - Date Unknown.

86. Saf-T-Cab Brochure, Date Unknown.

87. Saf-T-Cab Brochure, Date Unknown.

88. Roll Bar Mock-Up – Memo from J.H. Rose, 8/26/66.

89. Agricultural Manufacturing Journal – Removable Rollbar – MF – 11/75.

90. DVD - John Deere Protective Frame Testing- Beginning 1959 followed by later testing.

91. DVD – International Harvester "Tractor Upset Tests".

92. ROPS article from "Harvesting'" Section 1 from website www.cdc.gov/niosh/section1.html printed 6/19/2008.

93. Lessons from 25 Years of ROPS, by David V. MacCollum, Professional Safety, January 1984 (MacCollum Article).

94. Tractor Operation and Roll-Over Protective Structures, National Safety Council, Revised 1978.

## ROPS Effectiveness Information

1. The Second Annual U.S. Farm Accident Report by Arnold B. Skromme, P.E., 1987.

2. "Have ROPS Been Effective in Saving Lives," by Rollin D. Schnieder, ASAE, March 19-20, 1976.

3. "ROPS and Seatbelts: Keeping the Order Straight," by L. Dale Baker, Journal of Agricultural Safety and Health, November 1998.

4. "Seatbelt Use During Tractor Overturns," M.L. Myers, H.P. Cole, and S.C. Westneat, Journal of Agricultural Safety and Health 12(1): 43-49, ASABE ISSN 1074-7583 2006.

5. A Survey of Progress Toward ASAE Safety Goals, by P. L. Bellinger, American Society of Agricultural Engineers, Paper No. 75-5519, December 15-18, 1975.

6. Roll Over Protections Cut Construction Workers Deaths, NSC, December 29, 1976.

Exhibit 14-45

Mr. Steve Crowley

Re: Hillman v Toro

March 17, 2023

Page 46

7.  ROPS Field Performance - A Status Report, By Jack L. Woodward and Stephen Swan, Society of Automotive Engineers, Inc.  SAE Technical Paper Series 800679, April 14-16, 1980.

8.  Farm Work Injury Rates by Region, National Safety Council, 1969-1982.

9.  The Nebraska Farm Accident Example 1970-1982, by Rollin D. Schnieder, American Society of Agricultural Engineers, June 26-29, 1983.

10. Data Gathering Techniques to Accurately Direct a Farm Safety Program, by Paul D. Ayers, American Society of Agricultural Engineers, March-April 1989.

11. Tractor Anti-Roll Bars Really Work, Implement and Tractor, 1966.

12. Effectiveness of Rollover Protective Structures for Preventing Injuries, Agricultural Tractors, Journal of American Medical Association, 1993.

13. Survey of Rollover Protective Structures (ROPS) Field Performance, Bureau of Mines, U.S. Department of the Interior, November 1980 -- (Woodard Report).

14. Rollover Protection for Farm Tractor Operators, National Ag Safety Database (NASD), by Dennis J. Murphy and Dennis R. Buckmaster from Website dated 4/25/06.

15. "Report of Tractor Roll-Over Experience," Illinois Department of Transportation Report, 1975.

16. Rollover Protective Structure (ROPS), National Ag Safety Database (NASD), From Ohio State University Extension, 7/2004, printed from Internet 2/22/07.

17. "Skid Steer Loader Safety," National Ag Safety Database (NASD), 2002, printed from Website on 6/20/07.

18. News Articles re ROPS by Kentucky Community Partners for Healthy Farming (KY CPHF), September 2000.

## Mower ROPS Information

1.  Test Report for the JD Z425-54C Zero Turn Tractor ROPS, Report #120901, August 2012.

2.  Testing and Analysis of the Static Tip Angles of a JD Z425-54C with and without ROPS, Report #120801, August 2012.

3.  "The Design of ROPS for Small Tractors in the Ten to Twenty Horsepower Range," by Larry Schmitt, E.I.T. and J.B. Sevart, P.E., Paper No. MCR-81-402, American Society of Agricultural Engineers, March 20 & 21, 1981.

4.  "Repeatability of Results from Performance Requirements of ROPS for Tractors in the Ten to Twenty Horsepower Range," by Larry D. Schmitt, P.E., and J.B. Sevart, P.E., Paper No. MCR-84-193, American Society of Agricultural Engineers, March 8 - 10, 1984.

5.  "Roll Over Protective Structures (ROPS) for Front Mount Mowers," by Larry D. Schmitt, P.E., Paper No. MCR 870124, American Society of Agricultural Engineers, March 6 & 7, 1987.

6.  Certification letter of ROPS done by Tom Berry, 11/4/99.

7.  Tilt table test of ZTR, 10/17/06.

8.  Certification letter of ROPS for Excel Hustler Z Model done by Tom Berry, 8/28/01.

Exhibit 14-46

Mr. Steve Crowley                                                 March 17, 2023
Re: Hillman v Toro                                                       Page 47

9.   Certification letter of ROPS for Excel Hustler Z and ATZ Series Models done by Tom Berry, 11/17/03.

10.  DVD of Cub Cadet RZT42 ROPS Underride Testing 6-27-08.

11.  Purdue University Tractor Safety Tape from 1976.  (Previously provided on DVD 1/29/08)

12.  E-mail from MarkAustrian@colliershannon.com to HGattis@WcelHustler.com  re: ZTR Incident Survey, dated October 24, 2003.

13.  E-mail from Mark Austrian to Hgattis@ExcelHustler.com re: ZTR Incident Survey, dated October 24, 2003.

14.  OPEI Incident Summary Over Last Five Years, Total Units Sold: 341,792, no date.

15.  Collier Shannon Scott Memorandum to ZTM Coalition Members, From Mark L. Austrian and Christies L. Grymes, re: Meeting with CPSC Staff, dated November 24, 2003.

16.  "Outdoor Power Equipment," White Outdoor Power Products, January 1987.

17.  "A Rollover Protection Structure for a Garden Tractor," by Rob Johannsen, Tom Fox, Willard Robertson.  Submitted to: Dr. Wesley F. Buchele, May 20, 1978.

18.  "Hitting the Slopes," by Tracy Powell of Ground Maintenance Magazine, May 1, 2004.

19.  "Making Mowers that Meet User Mandates," by Loren Snyder of Maintenance Solutions, July 2002.

20.  Can ASAE Standards be Improved?  By Wesley F. Buchele, Professor of Agricultural Engineering, Iowa State University, 1985.

21.  ROPS Engineering Test Report No. 936, FMC-OPED Bolens Model HT 23, by Charles Patterson, Approved by Michael J. Jakus and Donald Houlberg, 4/30/79 - 5/1/79.

22.  Mowers Sport New Feature Brochure by Keith Roberts, October 2004, Article from Landscaping Website, 3/30/06.

23.  Ride-On Mower Hazard Analysis 1991-1993, by Prowpit Adler, Division of Hazard Analysis Directorate for Epidemiology of CPSC.

24.  Ride-On Mower Hazard Analysis (1987-1990), by Prowpit Adler, U.S. Consumer Product Safety Commission, Division of Hazard Analysis, Directorate for Epidemiology, September 1993.

25.  "Big Fat Zero," Internet document from www.igin.com/Landscaping/bigfat.html of 9/19/2006.

26.  Louisiana Workers' Compensation Corporation Bulletin, 11/15/2006.

27.  Maintenance Solutions – "Making Mowers that Meet User Mandates," from Maintenance Solutions July 2004 Issues.

28.  "Safety First" by John Brown, Hustler Manufacturing, Website from Grounds Maintenance, July 1, 2005.

29.  "Mower Safety," from Oklahoma State University Website.

30.  Outdoor Equipment Manufacturers Standardize ROPS on New Zero-Turn Models, Grounds Maintenance Magazine, dated Dec. 6, 2005, printed from Website on 11/7/06.

31.  Exmark Press Release, "Leading Outdoor Equipment Manufacturers Standard Rollover Protection System on Zero-Turn Model, by Mark Derowitsch, Beatrice, Nebraska, November 1, 2005, printed from Website on 11/7/06.

Exhibit 14-47

Mr. Steve Crowley                                    March 17, 2023
Re: Hillman v Toro                                             Page 48

32. Toro Press Release, "Leading Outdoor Equipment Manufacturers Standardize Rollover Protection System on New Zero-Turn Models, November 1, 2005, printed from Website on 11/7/06.

33. Scag Press Release – Scag Offers ROPS at Reduced Price, Scag 2007 Internet.

34. "Think Safety This Spring," by Wes Freeman, John Deere Worldwide Commercial & Consumer Equipment Division, *Grounds Maintenance*, February 1, 2004, printed from Website 5/2/07.

35. "Exmark Donates Second Lazer Z to Teach Students Mower Safety," *Ground Maintenance,* April 25, 2006, printed from Website 5/2/07.

36. "Standing Tall," by Gary Burchfield, *Ground Maintenance*, May 1, 2002, printed from Website on 5/2/07.

37. Special Report: Emergency Room Injuries Adults 65 and Older, Neighborhood Safety Network (NSN) a project of the U.S. Consumer Product Safety Commission, 1991 thru 2002.

38. Anti-Roll Device for Lawn Tractors, The Tractor Collector's Magazine, *Antique Power*, May/ June 2007.

39. Mid-Mount and Front-Mount Decks on ZTR Mowers, LSU AgCenter, printed from Website on 5/3/2007.

40. Slippage with ZTR Mowers, LSU AgCenter Article, printed from Website on 2/17/2008.

41. Preventing Overturns with ZTR Mowers, LSU AgCenter Article, printed from Website on 2/17/2008.

42. ZTR Mowers for Home Lawns, LSU AgCenter, printed from Website on 5/3/2007.

43. Safety Standards for Commercial-size Riding Mowers, LSU AgCenter, printed from Website on 2/17/2008.

44. Pamphlet of National Safety Council re Recommendations of ROPS Use for ZTRs backed by Toro and ExMark from NSC Training Program for Commercial Equipment Operators.

45. National Safety Council ZTR Safety Training Program for Commercial Equipment Operators, no date listed.

46. "Say No to Zero-Turn Mower Mishaps," by Barbara Mulhern of Landscape Management, June 1, 2004, printed from Website on 5/15/07.

47. "Zero-Turn," provided by the University of Minnesota, no date.

48. GIE 2005: Toro, Exmark, National Safety Council Launch Mower Safety Training Program, by Nicole Wisniewski, Lawn & Landscape, 11/11/2005, printed from Website on 5/17/07.

49. "Zero-Turn Guide: Zero's still a hero," by Heather Gooch, Landscape Management, March 1, 2006, printed from Website on 5/16/07.

50. LSU Ag Center Article re New Features on ZTR Mowers, printed from Website on 1/28/08.

51. Practice Zero-Turn Mower Safety, Lawn & Landscape Magazine, 4/23/08.

52. "Mowers: The Big Picture," *Maintenance Solutions,* March 2008.

53. "Making Mowers That Meet Users Mandates," *Maintenance Solution,* July 2004.

Exhibit 14-48

Mr. Steve Crowley                                             March 17, 2023
Re: Hillman v Toro                                                    Page 49

54. "Safer Mowing on Slopes!" *Landscape Safety Pro*, Supplement to PRO, Volume 1, April 2008.

55. "Zero Turning Radius Mowers Selection, Use, Maintenance, Safety," by Dick Parish, Publication 2911, Online only at www.lsuagcenter.com, Rev. 05/08. LSU AgCenter.

56. Ford Commercial Front Mowers Brochures, 1992.

57. Brochure for John Deere Compact Utility Tractors of 14.5 to 40 hp.

58. John Deere Hydrostatic Diesel Tractors Brochure, 1987.

59. Ford General Sales Letter No. 494, 1/8/82.

60. Hesston ROPS Waiver Form.

61. M & W New Product Announcement for LC2297K Lawn Clipper, Alamo Group Co., 1997.

62. John Deere Brochure and Specifications for F911, F925, F932, F935, no date.

63. Yanmar YM180 Brochure, no date.

64. Toro Free ROPS Retrofit Kit Available for Z-Master Mowers Manufactured before 2004, Product Information.

65. Kubota 2005 Internet Ad showing ZD Series – Zero Turning Commercial Turf Mowers.

66. John Deere Internet Ad of Zero-Turning Radius Mowers, 2005.

67. John Deere 1400 Series Front Mowers and Mower Decks, May 2003.

68. 2005 Internet Ad for John Deere Commercial Zero Turn Mowers.

69. Kubota Advertisement Brochure, USA Weekend, August 12-14, 2005.

70. Yazoo Front-Cutting Industrial Tractors Brochure, date unknown.

71. Jacobsen Manufacturing Company- Instruction Sheet - Roll-Over Protection Structure Product No. 78031 for G-10 Tractor, date unknown.

72. Yanmar Tractor Rollbars, Outdoor Power Equipment Advertisement, January 1987.

73. Kubota The Complete Commercial Mowing System from "A" to "Z", PRO Magazine Advertisement, February 1993.

74. John Deere A 4-Wheel Drive That's Built, PRO Magazine Advertisement, February 1993.

75. Riding Mowers Showcase '96 PRO Magazine Advertisement, February 1996.

76. Ride-On Mowers Showcase PRO Magazine Advertisement, February 1998.

77. Kubota Tractor Expanding to New Markets, Farm Equipment, September 1986.

78. Yazoo Tractor Attachments Brochure, date unknown.

79. John Deere F Series Front Mower Brochure, 1994.

80. Jacobsen Textron 4WD Hydraulic Rotary Mower Brochure, 1995.

81. Ford Commercial Front Mower Brochure, 1993.

82. Ford Commercial Front Mower Brochure, 1992.

83. John Deere Golf & Turf Purchasing Guide, 1996.

84. John Deere Equipment Purchasing Guide for Grounds Care, 1994.

85. John Deere Product Safety Manual, Deere & Company, April 1997.

86. John Deere Brochure, 8/92.

Exhibit 14-49

Mr. Steve Crowley
Re: Hillman v Toro

March 17, 2023
Page 50

87. Kubota Tractor Corporation Letter to Dealers, May 31, 1985.

88. John Deere Ad from The Courier Journal Shown with ROPS, June 29, 2006.

89. John Deere Brochure Re Orchard/Vineyard Tractors with Narrow ROPS, no date.

90. Kubota Gets an A+ on Campus from Kubota Country, Kubota Tractor Corporation, no date.

91. Kubota's 10 Commandments of Tractor Safety, Kubota Tractor Corporation, no date.

92. Put Safety First in the New Year, Kubota Country, Volume 5, Number 1, no date.

93. Toro Product Safety Information printed from Website on 5/2/07.

94. Toro Ad re: 2-Post Foldable Roll-Over-Protection System Now Standard on All 2004 Z Master Riders.

95. Scag Z Cat Compact Size Brochure, no date.

96. Scag Freedom Z Brochure, no date.

97. Excel Industries, Inc. Advertisement re "Meeting the Need for Speed," Diesel & Gas Turbine Publications, 2001.

98. Kut Kwick Corporation Super Slope Master Brochure, printed from Website on 2/28/08.

99. Hustler Turf Website regarding Product News of foldable ROPS printed from Website on 5/29/08.

100. State of Kansas Contract Award for Tractors, Lawn, Garden & Compact Utility, date of award January 13, 2005.

101. State of Kansas Contract Award for Zero-Turning Radius Riding Mowers, date of award February 13, 2004, Period of Contract: Date of Award through January 31, 2004.

102. OSHA's Region IV Seeks to Reduce Fatalities in the Landscaping and Horticultural Services Industries, March 2006.

103. Consumer Search Article from website re: Lawn Tractor Reviews, printed 5/1/07.

104. Consumer Search Article from website re: Lawn Tractor Reviews, Updated May 2007, printed 5/16/07.

105. New Lower ROPS Height Model on STR's at OPEI Equipment Show, 2007.

106. Poster for Lower Height ROPS from OPEI Equipment Show, 2007.

107. "Operator Roll-Over Protection on Small Vehicles," prepared by Silsoe Research Institute for Health and Safety Executive (HSE), Research Report 432, 2006.

108.   "How Should I Mow on Slopes?" from cubcadet.custhelp.com, printed 7/31/06.

109. "How Close Should I Mow to a Drop Off or Embankment?" from cubcadet.custhelp.com, printed 5/1/2008.

110. John Deere Certificate of Use & Refusal of Rollover Protective Structure and Dealer Application for Settlement Credit, CG 526, 11/87.

111.   Deere Letter to Dealers and Advertisements/ Promotions to Urge Public to Purchase Optional ROPS on Tractors, 1984.

112.   Deere Advertisement, "Get Your Roll-Gard Up. . . Now at a Specially Reduced Price," The Furrow, Sun Belt Edition, March-April 1985.

113.   John Deere Promotional Brochure for F910 and F930 Front Mowers, E-3077-26-84-12, 1984.

Exhibit 14-50

Mr. Steve Crowley
Re: Hillman v Toro

March 17, 2023
Page 51

114. John Deere Promotional Brochure for Front Mowers, C-149-84-02, 1984.

115. John Deere Front Mowers Ad for F910 and F930 Mowers, B-214-84-9, 1984.

116. John Deere Product Safety Guidelines – Hazard Discovery & Rating System, Deere & Company.

117. Brochure for John Deere Compact Utility Tractors of 14.5 to 40 hp.

118. John Deere Hydrostatic Diesel Tractors Brochure, 1987.

119. John Deere Brochure and Specifications for F911, F925, F932, F935, no date.

120. John Deere F Series (F1145/F900) Front Mowers Brochure, DKA75 (94-01), 1994.

121. John Deere Equipment Purchasing Guide for Grounds Care, DKD656 (94-01), 1994.

122. John Deere Product Safety Manual, Deere & Company, April 1997.

123. Deere ROPS Price List for 4020 Tractor as of May, 31, 1999.

124. John Deere Compliance Guide - ROPS - Roll-Over Protective Structures - 8/15/72 - Second Edition (John Deere Dubuque Tractor Works)

125. John Deere, Gold Medalist, Winners in 9 Official Test Categories brochure - 1985.

126. John Deere Sales Bulletin No. 919 - Roll-Gard, Roll-Gard with Canopy and Seat Belts - 6/14/66 (L.L. Cherry of John Deere Waterloo Tractor Works and C.D. Coylan of John Deere Dubuque Tractor Works)

127. "This is Roll-Gard --- The New Frame of Safety," John Deere Ad, Agricultural Engineering, 7/66 .

128. "Deere Safety Program Encourages Roll Bar Use," Midwest Daily News - 10/68.

129. John Deere Advertisement, "Why Roll a Perfectly Good Tractor," 4/69

130. "Get Your Roll Gard Up," - John Deere Advertisement, 1984.

131. "I've Been Farming for Years Without a ROPS. Why do I Need One Now?" John Deere Advertisement, 10/94.

132. John Deere Design Data - Manual 16 - Design for Safety, compiled by the Safety Subcommittee of the Implement and Tractor Committee, 6/62.

133. John Deere ROPS Ad from 1992.

134. John Deere Advertisement, "To Survive, Some Farm Families Actually Need More Over Head," The Furrow - Corn Belt Edition, 2/93

135. Deere Program For Retrofitting Equipment in the Field or *Dealer Inventory With Safety Equipment*. (Approximately 1988).

136. John Deere Design Data, Product Safety Manual 16- December 1969 version.

137. John Deere Product Safety Manual, Deere & Company, October 1977.

138. Deere DVD entitled "Responsible Front Mower Operation M131542, 1991.

139. John Deere Operator's Manual for F910 and F930 Front Mower, John Deere Horicon Works OM-M79594, June 1988.

140. John Deere Brochure for 1400/1500/1600 Series Mowers 2003, DKA74 (03-02), 2003.

141. John Deere Front Mowers F910 and F930 Brochure, A-75-85-11, 1985.

142. John Deere Front Mowers Brochure, A-75-84-6, 1984.

143. John Deere Front Mowers Brochures, A-75-87-1, 1987.

144. John Deere Commercial Front Mowers Brochure, DKA75, January 1996.

## Deere Information

1. John Deere Product Safety Guidelines – Hazard Discovery & Rating System, Deere & Company - Ex. 240.

Exhibit 14-51

Mr. Steve Crowley                                              March 17, 2023
Re: Hillman v Toro                                                     Page 52

2. Deere & Company, "Reporting Personal Injury Product Incidents," no date provided -Ex. 241.

3. Interoffice Memo of John Deere Lawn & Grounds Care Engineering re Response to HDRS of Safety Item No. 9404-08 regarding Machine E.O. 146-STX w/ 46-inch deck, dated April 18, 1994, Ex. 242.

4. John Deere HDRS Worksheet re E.O. 146-STX w/46-Inch Deck and Power Flow, Safety Item 9404-08, Review Date of April 8, 1994 - Ex 243.

5. John Deere Horicon Works, Interoffice Memo to Guy Midtbo from Ken Herren, re Response to HDRS Review of Safety Item 8708-30 regarding Machine E.O. 110 Lawn Tractor, dated November 16, 1987 - Ex. 244.

6. Deere HDRS Worksheet of Safety Item: 8708-30 regarding Lawn Tractor E.O. 110-X110T00000005 dated July 15, 1987 - Ex. 245.

7. John Deere Lawn & Garden Tractor Brochure, 1983 - Ex. 246.

8. John Deere Lawn & Garden Tractor Brochure, 1987 - Ex. 247.

9. Deere Personal Injury Accident Reporting System - May 1, 1979 (Letter from J. L. Anderson and R.J. Doherty of Deere & Co.) - Ex. 265.

10. ROPS Canopy price list for John Deere Tractors, 11/1/66 - Ex. 269.

11. John Deere Compliance Guide - ROPS - Roll-Over Protective Structures - 8/15/72 - Second Edition (John Deere Dubuque Tractor Works) - Ex. 274.

12. John Deere, Gold Medalist, Winners in 9 Official Test Categories brochure - 1985 -Ex. 275.

13. John Deere Sales Bulletin No. 919 - Roll-Gard, Roll-Gard with Canopy and Seat Belts - 6/14/66 (L.L. Cherry of John Deere Waterloo Tractor Works and C.D. Coylan of John Deere Dubuque Tractor Works) - Ex. 276.

14. "This is Roll-Gard --- The New Frame of Safety," John Deere Ad, Agricultural Engineering, 7/66 - Ex. 277.

15. Deere Product Engineering Procedures of John Deere Des Moines Works for Product Safety, 8/1/86 Ex. 278.

16. Minutes of Meeting of JDWTW Product Safety Committee - 2/3/67 - (K.F. Kemp) - Ex. 279.

17. "In the Search for Safety," Farm & Power Equipment - 3/67 - Ex. 280.

18. Minutes of Meeting of JDWTW Product Safety Committee - 4/24/67 (K.F. Kemp) - Ex. 281.

19. Minutes of Meeting of JDWTW Product Safety Committee - 6/23/67 (K.F. Kemp) - Ex. 282.

20. Minutes of Meeting of JDWTW Product Safety Committee - 12/1/67 (K.F. Kemp) - Ex. 283.

21. "Preview Tomorrow's Agricultural Techniques Today at Farming Frontiers '68," The Furrow - 1968 - Ex. 284..

22. "Deere Plans $500,000 Promotion in Safety," Moline Dispatch - 12/19/67 - Ex. 285.

23. "Deere Safety Program Encourages Roll Bar Use," Midwest Daily News - 10/68. - Ex. 286.

24. Memo from H.A. Myers of Deere Product Development Department regarding Experimental Cab for 3010 and 4010 Row Crop Tractors, 11-9-60 - Ex. 287..

25. John Deere Advertisement, "Why Roll a Perfectly Good Tractor," 4/69 - Ex. 288.

26. Letter regarding Roll-Gard - 5/25/70 (Letter from John Deere Limited) - Ex. 289..

Exhibit 14-52

Mr. Steve Crowley                                             March 17, 2023
Re: Hillman v Toro                                                  Page 53

27. John Deere Product Safety Committee Minutes - John Deere Waterloo Tractor Works - 4/22/77 - Ex. 290.
28. John Deere Product Safety Committee Minutes - John Deere Waterloo Operations - 1/5/78 - Ex. 291.
29. John Deere Product Safety Committee Minutes - John Deere Waterloo Operations - 2/9/78 - Ex. 292.
30. John Deere Product Safety Committee Minutes - John Deere Waterloo Operations - 4/11/80 - Ex. 293.
31. "Get Your Roll Gard Up," - John Deere Advertisement, 1984 - Ex. 294.
32. Letter  to Sales Branch Managers, re ROPS Program, from D.O. Carl, W.L. Stowell and N.O. Christenson of Deere & Co., dated September 21, 1984 - Ex. 295.
33. John Deere Advertisement for Retrofitting ROPS, The Furrow - May-June 1985 - Ex. 296.
34. Letter to All U.S. Canadian Sales Branch Mangers regarding ROPS Installation Policy Revision, From N.O. Christenson and R.W. Porter of Deere & Co., dated June 28, 1985 - Ex. 297.
35. John Deere Certificate of Use & Refusal of Rollover Protective Structure, 1987 - Ex. 298.
36. Letter to All U.S. and Canadian Sales Branch Mangers regarding ROPS Installation/Return Goods Policy Revision, from J.W. McCallister, Law Department of Deere & Co.,  12/2/87 - Ex. 299.
37. Marketing Information - New 2 Post Foldable ROPS for John Deere 45-85 h.p. tractors - 10/9/90  (John Deere Waterloo Works) - Ex. 299.1.
38. John Deere Roll-Over Accident Data  for W.G. Cockrell of John Deere Co., November 11, 1965 - Ex. 299.2.
39. J.D. Waterloo Works Product Safety Committee Minutes - closed - 8/20/82 - Ex. 299.3.
40. "I've Been Farming for Years Without a ROPS.  Why do I Need One Now?" John Deere Advertisement, 10/94 - Ex. 299.4.
41. John Deere Design Data - Manual 16 - Design for Safety, compiled by the Safety Subcommittee of the Implement and Tractor Committee, 6/62 - Ex. 299.5.
42. John Deere ROPS Ad from 1992 - Ex. 299.6.
43. John Deere Advertisement, "To Survive, Some Farm Families Actually Need More Over Head," The Furrow - Corn Belt Edition,  2/93 - Ex. 299.7.
44. Deere Product Safety Guideline Hazard Discovery and Rating System, Deere & Company, September 1979 - Ex. 299.8.
45. Deere Program For Retrofitting Equipment in the Field or *Dealer Inventory With Safety Equipment*. (Approximately 1988) - Ex. 299.9.
46. John Deere Design Data, Product Safety Manual 16- December 1969 version - Ex. 299.10.
47. John Deere Product Safety Manual, Deere & Company, October 1977 - Ex. 299.11.
48. John Deere Operator's Manual for 717A and 727A Mini-Frame Z-Trak Mowers, #020001, Copyright © 1996-2006-Deere & Company, 2006- Ex. 299.12.
49. John Deere Product Safety Manual, Deere & Company, and letter to John Deere Product Design and Development Personnel, from Robert A. Hanson, dated November 1, 1985,  - Ex. 299.13.
50. John Deere Tractors 100 Series Operator's Manual, John Deere Worldwide Commercial & Consumer Equipment Division, 2006 - Ex. 299.14.
51. 2005 Internet Ad for John Deere Commercial Zero Turn Mowers - Ex. 299.15.

Exhibit 14-53

Mr. Steve Crowley                                              March 17, 2023
Re: Hillman v Toro                                                  Page 54

52. John Deere A 4-Wheel Drive That's Built, PRO Magazine Advertisement, February 1993 - Ex. 299.16.
53. John Deere 2000 Series Compact Utility Tractors, 2305, 2320, 2520, and 2720, Ref. # 95465, 09/04 - Ex. 299.17.
54. John Deere 650 Brochure production years 1981-1989, Copyright 2009, printed from www.TractorData.com, 12/02/09 - Ex. 299.18.
55. John Deere 750 Brochure production years 1981-1989, Copyright 2009, printed from www.TractorData.com, 12/02/09 - Ex. 299.19.
56. John Deere 850 Brochure production years 1978-1989, Copyright 2009, printed from www.TractorData.com, 12/02/09 - Ex. 299.20.
57. John Deere Compact Tractor Brochure, "Compact Without Compromise," YY0534436E, 8/05 - Ex. 299.21.
58. Photo of John Deere 650 Tractor sent by Tom Berry, 12/01/09 - Ex. 299.22.
59. Deere DVD entitled "Responsible Front Mower Operation M131542, 1991 - Ex. 299.23.
60. John Deere Consumer Products History, 1963 - 2006 - Ex. 299.25.
61. John Deere Operator's Manual for 650 and 750 Tractors, OMRW15455 L4, 1984 - Ex. 299.28.
62. John Deere Operator's Manual for F910 and F930 Front Mower, John Deere Horicon Works OM-M79594, June 1988 - Ex. 299.29.
63. John Deere Brochure for 1400/1500/1600 Series Mowers 2003, DKA74 (03-02), 2003 - Ex. 299.30.
64. John Deere Front Mowers F910 and F930 Brochure, A-75-85-11, 1985 - Ex. 299.31.
65. John Deere 7-Iron Commercial Mowing Equipment Brochure, DKA51 (04-04), 2004 - Ex. 299.32.
66. John Deere F500 Series Front Mowers Brochures, DKA89 (99-01) - Ex. 299.33.
67. John Deere Front Mowers Brochure, A-75-84-6, 1984 - Ex. 299.34.
68. John Deere Front Mowers Brochures, A-75-87-1, 1987 - Ex. 299.35.
69. John Deere Marketing Information, M-88-270, September 30, 1988 - Ex. 299.36.
70. John Deere Grounds Care Equipment Purchasing Guide, DKD656 (92-12), 1992 - Ex. 299.37.
71. John Deere Grounds Care Equipment Purchasing Guide, DKD656 (97-01), 1997 - Ex. 299.38.
72. John Deere Grounds Care Equipment Purchasing Guide, DKD656 (91-01), 1991 - Ex. 299.39.
73. John Deere Worldwide Commercial & Consumer Division Product Report and Recommendation (P2R), Stability Tests for X475, ANSI B71.4-99 Lateral Stability Test (Section 6.6) on X Series Models, Approved June 19, 2002 - Ex. 299.40.
74. John Deere Worldwide Commercial & Consumer Equipment Division Product Report and Recommendation (P2R), Stability Tests for X475, Stability of "Concept Build" Engineering Units per ANSI B71.1 of New 400 Redesign, August 4 - August 10, 2000 - Ex. 299.41.
75. John Deere Horicon Works, Memo from Ken Herrin, re Response to HDRS Review of Safety Item 8708-30 for E.O. 110 Lawn Tractor, November 16, 1987 and HDRS Worksheet of July 15, 1987 - Ex. 299.42.
76. John Deere Commercial Front Mowers Brochure, DKA75, January 1996 - Ex. 299.49.

Exhibit 14-54

Mr. Steve Crowley                                                    March 17, 2023
Re: Hillman v Toro                                                           Page 55

77. CozyCab Mounting Instructions for John Deere X465, X475, X485, X495, X575, X585 and X595 and X700 Select Series, # 05-10408, Manufactured by Custom Products of Litchfield, Inc., November 21, 2006 - Ex. 299.50.

78. John Deere Diesel Tractors, 14.5 to 60 PTO hp, 1980's, no specific date listed - Ex. 299.51.

79. Shows Operator Extended Beyond Standard ROPS on a 2210 Deere Lawn Tractor - Ex. 299.52.

80. Shows Operator Extended Beyond Standard ROPS on Deere Z Trak - Ex. 299.53.

81. Letter from John R. Vece, Senior Compliance Officer, Central Regional Center of U.S - Ex. 299.54. Consumer Product Safety Commission to Deborah J. Morrison, Senior Counsel of Law Department of Deere & Company, re CPSC P1030123, Deere & Company Zero Turning Radius Riding Lawn Mowers, dated September 15, 2003 - Ex. 299.55.

82. John Deere Diesel Tractors 14.5 hp to 60 PTO hp, 1984 - Ex. 254.

83. John Deere Riding Mowers brochure, DKA83, 88-12 - Ex 299.59.

84. John Deere Horicon Works, Production Schedule No.5 for SX-75, November 1986 to October 1990 Ex 299.62.

85. Certifications for ANSI Standards of B71.1 for 1984 and also 1986 for Manufacturer John Deere Horicon Works Ex 299.68.

86. John Deere Design Data - Manual 16 - Product Safety, Supersedes Issue of December 1969, March 1972 Ex 299.69.

87. Deere Product Incident Report Worksheet Ex. 299.70.

88. John Deere Horicon Works - Test Request - P2R, Writer Rudy Petersen, re Deadman Switch and Time Interval of Seat Switch for Rough Tell'ain, June 18, 1981 Ex. 1801.

## Stability and Accident Data and Statistics

1. "Analysis of 102 Riding Lawn Mower Injury Cases," by William H. McConnell, American Society of Agricultural Engineers. (December 8-11, 1970).

2. "Small Tractor Operator Position and Safety Behavior," by L.W. Knapp, Jr., J.T. Parks, American Society of Agricultural Engineers, December 9-12, 1969.

3. Summary Analysis of Riding Lawn Mower Injury Cases (Excerpts from), Bureau of Epidemiology, Consumer Product Safety Commission, January 1976.

4. "Garden Tractor Injuries," Bureau of Epidemiology, Consumer Product Safety Commission, for period of July 1972 to June 1973.

5. FY 1987 Priority Project – Riding Mowers, Consumer Product Safety Commission, December 31, 1986.

6. Power Lawn Mower, Consumers' Research Bulletin, August 1950.

7. Tips for Carefree Mowing, by Gordon T. O'Neill, Home Safety Review, Spring 1959.

8. Riding Rotary Mowers, Consumer Bulletin, August 1959.

9. Lawn and Garden Tractors and Outdoor Power Equipment, by Robert H. Witt and Benson J. Lamp, Agricultural Engineering, August 1965.

10. Cutting the Lawn with a Riding Rotary Lawn Mower, Consumer Bulletin, July 1966.

11. Injury Associated with the Use of Riding Rotary Power Lawn Mowing Equipment, by W.H. McConnell, American Society of Agricultural Engineers, December 12-15, 1967.

Exhibit 14-55

Mr. Steve Crowley
Re: Hillman v Toro

March 17, 2023
Page 56

12. The Engineer's Responsibility in Riding Mower Design, by William H. McConnell, American Society of Agricultural Engineers, August 1968.

13. There's Danger in Power Mowers, Gleanings in Bee Culture, June 1969.

14. Some Aspects of Lawn Mower Safety, Status Report Project 414, by L.G. Porter, Clarke Jones, and J.J. Persenky, Bureau of Engineering Sciences, Consumer Product Safety Commission, December 1974.

15. "Factors Influencing Judgments of the Likelihood of Tipovers of Machines on Slopes, by S. David Leonard and Edward W. Karnes, Advances in Occupational Ergonomics and Safety I (2 Vol.) 1996.

16. "Lawn Mowers & Other Killers," by Stanley Klein, reprinted from The Nation on March 29, 1971.

17. OSHA Accident Report – Accident: 200120384, Employee Killed When Riding Mower Overturns, 7/30/1999.

18. OSHA Accident Report – Accident 200260446 - Employee Killed When Tractor Mower Overturns on Embankment, 9/14/98.

19. OSHA Accident Report – Accident 200200491 - Employee Killed When Lawn Mover Overturns, 6/25/98.

20. OSHA Accident Report - Accident 200670271 - Employee Drowns When Mower Overturn in Canal, 11/13/96.

21. OSHA Accident Report – Accident 200670263, Employee Drowns When Mower Slipped into an Approximately 14 Ft. Deep Pond That Was About 7 Ft. from the Edge of the Bank, 7/22/96.

22. OSHA Accident Report – Accident 605238, Employee Run Over and Killed by Riding Lawn Mower, 8/2/93.

23. OSHA Accident Report – Accident 14379713, Employee Killed When Crushed by Overturned Mower, 8/23/93.

24. OSHA Accident Report – Accident 170582175, Employee Dies When Pinned In Water by Riding Lawn Mower, 8/27/94.

25. OSHA Accident Report – Accident 170732838, Employee Injured When Mower Overturns, 11/02/94.

26. OSHA Accident Report – Accident 14333256, Employee Killed When Mower Lands on Top of Him, 7/17/91.

27. OSHA Accident Report – Accident 978098, Employee Killed When Lawn Mower Overturns, 4/3/91.

28. OSHA Report on Scag Rollover 5/22/90.

29. OSHA Accident Report – Accident 829796, Employee Dies of Asphyxia When Crushed by Lawn Mower, 5/2/90.

30. OSHA Accident Report – Accident 170105621, Employee Killed by Overturned Lawn Mower, 7/13/89.

31. OSHA Accident Report – Accident 888552, Employee Injured When Riding Mower Overturns in Pond, 9/14/88.

32. OSHA Accident Report – Accident 686618, Employee Injured When Pinned by Riding Mower, 10/13/86.

Exhibit 14-56

Mr. Steve Crowley
Re: Hillman v Toro

March 17, 2023
Page 57

33. OSHA Accident Report – Accident 694687, Employee Drowns When Pinned In Golf Course River by Mower, 5/30/88.

95. OSHA Accident Report – Accident 813592, Employee Drowned When Pinned by Overturned Lawnmower at Legacy Golf Course, 6/1/98.

34. OSHA Accident Report – Accident 813154, Employee Killed by Overturned Lawn Tractor at Glencoe Park Department, 5/8/92.

35. Rollovers on File with U.S. Consumer Product Safety Commission (CPSC) from 1980 through June 30, 2003 of reported incidents, incidents investigated and death certificates.

36. Consumer Product Safety Commission National Electronic Injury Surveillance System (NEISS) listing of lawn tractor rollover accidents from 1980 to June 30, 2003.

37. Summary Composite of Database #1, #2, #3, Prepared November 21, 2003, CPSC reported incidents, incidents investigated and death certificates.

38. Revised Summary of Reported Incidents Data Chart – Database #1, printed August 12, 2003

39. Revised Summary of Incidents Investigated Data Chart – Database #2, printed August 12, 2003.

40. Revised Summary of Death Certificate File Data Chart – Database #3, printed August 12, 2003.

41. Summary if NEISS Data Chart – Database #4 from CPSC from 1980 to June 30, 2003.

42. "What the Safety Commission Found: 'Unreasonable' Dangerous Products," by Stanley Klein, Machine Design, October 15, 1970.

43. National Safety Council and Farm Bureau Recommend ROPS on All Lawn Tractors, "Council Urges Law Tractor Safety," Glasgow Daily Times.Com, 9/6/07.

44. OPEI Brochure entitled "Think Safety And Environment With Power in Your Hands, OPEI, 2006.

45. Memo dated December 31, 1985 from U.S. Consumer Product Safety Commission re attachment of Final Report on Task 1 of Human Factors Riding Mower Contract, "Perception of Slope and Risk on Hills, prepared by Neil D. Lerner, COMSIS Corporation, November 1985.

46. CPSC Website for Mower Rollover Statistics for 2000, printed 4/30/08.

47. "Hazard Analysis – Ride-On-Mowers," Directorate for Epidemiology by Elaine Van Ty Smith, published by Consumer Product Safety Commission, 1988.

48. Summary Analysis of Riding Power Mowers, Bureau of Epidemiology, Consumer Product Safety Commission, March 16, 1973.

49. Summarization of 142 In-Depth Investigation of Product Related Injuries: Power Mowers, Bureau of Epidemiology, U.S. Consumer Product Safety Commission, Draft 9/5/74.

50. Consumer Product Safety Commission In-Depth Injury Data, Product Code #1437 (Riding Mower), 1964-1974.

51. OSHA Accident Reports of 12 Lawn Tractor Rollovers of 2000 -2006, from OSHA Website on 5/31/07.

52. Five (5) Photos From Autopsy of John Rich Accident, no date.

Exhibit 14-57

Mr. Steve Crowley
Re: Hillman v Toro

March 17, 2023
Page 58

53. OSHA Report re: Accident of Walter Maier at Maier Lumber Company, Inc. 6/27/02.
54. Press Release from The Kansan.Com in Kansas City, Kansas re: Samuel Cousin, Man Killed in Mower Rollover, 9/5/07.
55. Riding Lawn Mower Rollover Accidents Known to CPSC for year 2000 (Death Certificate File).
56. Riding Lawn Mower Rollover Accidents Known to CPSC for year 2000 (Incident Investigations).

## Safety Sign Information

1. Warning Sign -   Danger – "This Mower May Tip Over Unexpectedly and Quicker Than an Operator Can Jump Free." Date unknown.
2. Safety Signs - They Warn and Teach, National Safety News, March 1945.
3. Signs of Safety – Silent but Effective Reminders, National Safety News, March 1944.
4. Industry Believes in Signs, by Allan W. Herdman, National Safety News, July 1939.
5. Safety Signs – Do's, Don't's and Directions, National Safety News, March 1942.
6. Signs – To Carry Warning, Advise on Safety, Mark Directions, by Mark Bulot, Industrial Standardization, May 1938.
7. Signs of Safety – Or Just Safety Signs?  National Safety News, October 1929.
8. Warning Signs – Their Use and Maintenance, January 1928.
9. "Why Some Warnings Don't Work," by David S. Leonard and Edward W. Karnes, Department of Psychology of University of Georgia, June 2005.
10. ASAE Standard: ASAE S441.2, Safety Signs, ASAE Standards, Adopted December 1983, Revised June 1993 and March 1995.
11. ANSI Z35.1, Specifications for Accident Prevention Signs, American National Standard, 1972.
12. Three (3) Photographs re: Bad Boy Warning Decals Re Slope Angles.
13. Advertisement for Lev-o-Gauge.

## Manufacturers Responsibility Towards Guarding

1. Memo: To File, Manufacturers Responsibility Towards Guarding, October 14, 1983.
2. "Safety Subjects," U.S. Dept. of Labor Division of Labor Standards, 1944.
3. "Guarding Machine Tools," by Albert A. Hopkins, Department of Labor of the State of New York, 1925.
4. "The Engineering of Accident Prevention," Machinery, June 1913, Author Unknown.
5. The Modern Factory, by George M. Price, M.D., 1914.
6. *Accidental Prevention Manual for Industrial Operations*, National Safety Council, 5th Edition, 1964.
7. Hodgson, E.W., "Safety is our Responsibility", The Chartered Mechanical Engineer, April 1966.

Exhibit 14-58

Mr. Steve Crowley                                March 17, 2023
Re: Hillman v Toro                                       Page 59

## Patents

1. Riding Tractor, United States Patent, #3,826,530, by Hoffmeyer et al., July 30, 1974.
2. Patent # 2,783,056 - Operator Protecting Frame for Tractors, K.A. Belk, ROPS Patent - 2/26/57.
3. Patent # 2,805,887 - Tractor Canopy Guard and Combination, E.E. Selby, ROPS Patent - 9/10/57.
4. Patent # 3,912,297 - Collapsible Canopy Assembly, Mitsuishi Collapsible Canopy Patent - 10/14/75.
5. Patent # 4,158,460 - Roll Bar Safety Frame for a Tractor - White Patent for Foldable ROPS with Lynch Pins - 6/19/79.
6. Patent # 4,666,183 - Joseph A. Azzarello, Patent for Moveable ROPS - 5/19/87.

## Design Methodology

1. Enhancing the Safety of the Agricultural Workplace by Machine Design, by Kevin B. Sevart, P.E. and Thomas A. Berry, P.E., ASAE Meeting of April 4-5, 2003.
2. Accident Prevention Manual for Industrial Operations, Seventh Edition, National Safety Council, 1974.
3. An Instructional Aid for Occupational Safety and Health in Mechanical Engineering Design, American Society of Mechanical Engineers Safety Division, 1984.
4. Military Standard System Safety Program Requirements, Mil-Std-882C, January 19, 1993.
5. *Accident Prevention Manual for Business & Industry, Engineering & Technology*, Eleventh Edition, by Gary R. Krieger, MD, MPH, DABT and John F. Montgomery, Ph.D., National Safety Council, Itasca, Illinois, 1997.
6. *Engineering Design*, 3rd Edition, by George E. Dieter, 2000.
7. *An Introduction to Human Factors Engineering*, Second Edition, by Christopher D. Wickens, John D. Lee, Yiliu Liu, and Sallie E. Gordon Becker, 2004.
8. *Engineering by Design*, Second Edition, by Gerard Voland, 2004.
9. *Safety and Health for Engineers*, Second Edition, by Roger L. Brauer, 2006.
10. *The Mechanical Design Process*, 3rd Edition, by David G. Ullman, 2003.
11. *"Human Factors in Engineering and Design"* by Mark S. Sanders and Ernest J. McCormick, sEventh Ed., 1976.
12. Health & Safety in the Agricultural Engineering Design Process prepared by R. J. Crabb, ADAS Consulting Ltd.-Ergonomics Unit, HSE Health & Safety Executive, Contract Research Report: 306/2000, 2000.
13. Raymond Design Guide, 8/3/70.
14. "The Design Engineer and the Dependency Hypothesis," by J. B. Sevart, for American Society of Agricultural Engineers, Paper No. 87-5001, June 28 - July 1, 1987.

## Value of Life

Exhibit 14-59

Mr. Steve Crowley                                          March 17, 2023
Re: Hillman v Toro                                                Page 60

1. Revision of Departmental Guidance on Treatment of the Value of Life and Injuries, http://ostpxweb.dot.gov/VSL_background.htm, No date other than date printed 4/10/06.

2. NRC Says Life Worth $10 Million, The Wichita Eagle-Beacon, May 7, 1982.

3. "EPA Decision puts focus on value of life.", posted Sunday, Jul, 2008, http://www.star-telegram.com/national_news/v-print/story/770365.html.

## Seat Belt Interlock Information

1. Patent # 4,480,713 – Operator Restraint/Control Lockout System, November 6, 1984.

2. Patent # 3,886,516 – Seat Belt Operation Detector, May 27, 1975.

3. New Holland Skid-Steer Loaders L-464, L-465, LX-465, L565, LX-565, and LX-665 Brochure, Ford New Holland, Inc., 1993.

4. "New Safety System for Mitsubishi Forklifts," Mitsubishi Forklift Brochure, printed from Website on 12/30/05.

5. John Deere 575 Skid-Steer Loader Operator's Manual, John Deere Lawn & Grounds Care Division, September 1990.

6. John Deere Skid-Steer Loader Brochure, 01/91.

7. Toyota Skid-Steer Product Brochure, 1989.

Exhibit 14-60

### THOMAS A. BERRY
**1762 N. St. Francis**
**Wichita, Kansas 67214**
**(316) 685-8061 (316) 262-6834#**

**2020**

\#

## REGISTRATION
LICENSED PROFESSIONAL ENGINEER
State of Kansas, No. 10468 - March 13, 1986

## EDUCATION

| | |
|---|---|
| May 1990 | WICHITA STATE UNIVERSITY, Wichita KS |
| | Master of Science in Mechanical Engineering |
| | G.P.A.: 4.0 |
| | Thesis: A Kinematic Analysis of Rocker-Joint Silent Chain |
| | |
| Dec 1981 | WICHITA STATE UNIVERSITY, Wichita KS |
| | Bachelor of Science in Mechanical Engineering |
| | G.P.A.: 3.396 |
| | Graduated Cum Laude |

## CONTINUING EDUCATION

| | |
|---|---|
| 1995 | Finite Element Analysis - An Introduction |
| 2001 | Psychology |
| 2009 | Injury Biomechanics |

## ENGINEERING EXPERIENCE

| | |
|---|---|
| Aug 2005 – Present | Self-employed, Thomas A. Berry P.E. |
| | |
| Jan 1982 to Jul 2005 | Advance Technology, Inc. |
| | Wichita, Kansas |
| | SENIOR MECHANICAL ENGINEER |
| | Responsibilities included: |
| | * Complete supervision of junior engineers |
| | * Research, design and testing of a diverse range of products |
| | * Design evaluation of machines and products for compliance to standards and design improvements relative to safety . |
| | |
| Oct 1981 to Dec 1981 | ENGINEERING TECHNICIAN |
| | Responsibilities included: |
| | * Assisted with construction of test equipment and prototype machines |

## INDUSTRIAL EXPERIENCE

| | |
|---|---|
| Summer 1981 | Cessna Aircraft Co. |
| | QUALITY ASSURANCE INSPECTOR |
| Summer 1980 | Boeing Military Aircraft Co. |
| | TOOL CRIB ATTENDANT |
| May 1979 to Apr 1980 | Cessna Aircraft Co. |
| | QUALITY ASSURANCE INSPECTOR |

\#

Exhibit 14-61

\#

### RESEARCH, DEVELOPMENT AND DESIGN PROJECTS

* Design and development of guarding, and operator presence sensing systems for stump grinding   equipment consistent with the expected function of the equipment.

* Design of the powered platform of a de-coking unit at a refinery. This design involved utilizing the existing platform and developing a reliable method for shuttling the platform into position for the de-coking operation using the existing pneumatic power system.

* Design, testing, evaluation, and certification of operator protective structures and restraint systems on numerous types of machines such as: agricultural tractors, forklifts, cranes, construction equipment and industrial equipment. Included in this work is the research and evaluation required for development of operator protective structures not specifically addressed by existing standards.

* Design of a top loading infrared oven for drying large cryogenic tanks. This design involved the structural design of the top cover of the oven and the fluid power control system for opening the large cover.

* Design of specific product warnings based on hazard analysis, existing standards and current safety sign design criteria.

* Design, testing and development of mechanical emergency stop controls for agricultural machines, such   as corn pickers, hay balers and harvesting equipment.

* Research into the mechanism of automobile/truck under-ride crashes to develop potential design   strategies to maximize energy absorption of the under-ride guard on the truck/trailer.

* Design, development and construction of a large tilt table for performing static tilt tests on various vehicles. This included the stress analysis of the structure and deflections, as well as, the design of the hydraulic power system.

   The tilt table was utilized for conducting tilt tests and determining the center of gravity of various vehicles including forklifts, industrial vehicles, golf carts, tractors and outdoor power equipment.

* Thrown object testing of various lawn mowers to ANSI/OPEI standards, as well as, testing suggested by   others.

* Visibility studies of various vehicles using human factors data, machine layouts and, testing of actual vehicles.

* Design and development of a stationary feed hopper for a forage chopper with a remote feed roll control   on the hopper.

* Design and development of an electric handheld lanyard control for a hydrostatic driven walk-beside trencher/vibration plow.

* Design and development of an operator presence control system for a skid steer loader.

* Design and development of an interlocked guard for a hydraulically operated cucumber harvester, in conjunction with an operator presence control system.

* Conducted an analysis of numerous accident reports on specific machine types to develop trends for accident types and injury causation and to determine beneficial corrective measures.

\#

Exhibit 14-62

#

## PAPERS

| | |
|---|---|
| Apr 1985 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "The History and Development of Interlocked PTO Master Shields"; ASAE Paper No. MCR-85-103 |
| Mar 1987 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "A Safety Analysis of Spool-Valve Control of Hydraulically Assisted Shift Transmissions"; ASAE Paper No. MCR-87-126. |
| Jun 1987 | SUMMER MEETING ASAE, Baltimore, MD; "Recommendation for an ASAE Sponsored Human Factors Safety Design Manual"; ASAE Paper No. 87-1106 |
| Mar 1990 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Alternative Drives for Portable Grain Augers"; ASAE Paper No. 90-114 |
| Mar 1990 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Vibration Testing of Agricultural PTO Shafts"; ASAE Paper No. 90-113 |
| Apr 1991 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Safety Considerations in the Design of Stump Grinders"; ASAE Paper No. MC91-111. |
| Dec 1991 | 1991 INTERNATIONAL WINTER MEETING OF ASAE, Chicago, IL; "Reducing Risk of Grain Auger Systems"; ASAE Paper No. 915505 |
| Mar 1994 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Lockout Controls on Agricultural Equipment", ASAE Paper No. MC94-114 |
| Apr 1996 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Agricultural Related Deaths and Injuries: A Progress Report", ASAE Paper No. MC96-106 |
| May 1999 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO. "Operator Protection for ATVs and Light Utility Vehicles", ASAE Paper No. MC99-132 |
| Apr 2000 | MID-CENTRAL MEETING OF ASAE, St. Joseph MO. "The Forgotten "Human" in Human Factors", ASAE Paper No. MC00-102 |
| Apr 2003 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO. "Enhancing the Safety of the Agricultural Workplace by Machine Design", ASAE Paper No. MC03-106 |
| Apr 2003 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO. "An Analysis of Skid Steer Loader Accidents", ASAE Paper No. MC03-105 |
| Nov 2006 | ASME 2006 International Mechanical Engineering Congress & Exposition, Chicago, IL., "A Risk Based Study of Tipover and Off-dock Accidents Involving Stand-up Lift Trucks", Proceedings of IMECE2006 - Paper # IMECE2006-14847, November 5-10, 2006. |
| Nov 2008 | ASME 2008 International Mechanical Engineering Congress & Exposition, Boston, MA., "A Study of Pallet Truck Accidents", Proceedings of IMECE2008 - Paper # IMECE2008-66966, Nov. 2-6, 2008. |
| Apr 2010 | Mid Central Meeting of ASABE, St. Joseph, MO. " Stability Related Accidents Involving Ride- On Mowers - History and Design Solutions", ASABE Paper No. MC10-104. |
| Nov 2011 | ASME 2011 International Mechanical Engineering Congress & Exposition, Denver, CO., "An Analysis Of Stand-Up Forklift Accidents From The 1970'S TO 2006", Proceedings of IMECE2011 - Paper # IMECE2011-63944, Nov. 11-17, 2011. |
| Nov 2013 | ASME 2013 International Mechanical Engineering Congress & Exposition, San Diego, CA, "Gasoline Geysering - The Hidden Hazard", Proceedings of IMECE2013- Paper #63730, Nov. 13-21, 2013. |

## COMMITTEES

AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ANSI);
ASME/B56.1 Subcommittee on Safety for Industrial High Lift Trucks
(Attended as an alternate)
AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ANSI);
Task Force on Operator Protection for Mobile Cranes (Attended as an alternate)

## HONORS AND ACTIVITIES

Pi Tau Sigma Mechanical Engineering Honor Society
Wichita State University Honor Society
Phi Kappa Phi Honor Society

## SOCIETY MEMBERSHIPS

American Society of Mechanical Engineers (ASME)
American Society of Agricultural Engineers (ASABE)
Society of Automotive Engineers (SAE)

#

Exhibit 14-63