# EXHIBIT F

Memo:  Roll Resistance Testing - Toro SS5000

Date: August 10, 2023

Introduction: Testing to find the rolling resistance of The Toro SS5000 involved in the Incident which injured Ms. Hillman with the hydrostatic drives bypassed was requested.  The fuel tank was full and the mower weighed 598 lbf based on previous testing. The mower was only operated briefly to move it to the test location.

Procedure:  To perform the tests the tires of the mower were inflated to the pressures specified in the Operator's Manual which was 12 psi in the rear tires and to the pressure stated on the front caster tires which was 20 psi.  The mower was then placed on relatively level surfaces 4 grass surfaces and 1 on concrete.  A Model NK-500 force gage was then used to push the mower forward and then rearward such that it could visibly be seen to move.  By pushing from the rear and from the front at the same location the forces can be averaged for that surface and to account for any slight slope that exists.  The slopes were measured to be less than 0.2 degrees over a 4-foot distance.  Each test was videoed, and the force recorded.  The force gage measures force in Newtons (N) which are then converted to pounds-force (lbf).  10 N = 2.248 lbf

Results:

|          | Forward Push | Rearward Push | Average Force | Force in Pounds |
|----------|--------------|---------------|---------------|-----------------|
| Test 1   | 247 N        | 228 N         | 238 N         | 53.5 lbf avg    |
| Test 2   | 252 N        | 218 N         | 235 N         | 52.8 lbf avg    |
| Test 3   | 257 N        | 247 N         | 252 N         | 56.7 lbf avg    |
| Test 4   | 252 N        | 264 N         | 258 N         | 58.0 lbf avg    |
| Concrete | 190 N        | 190 N         | 190 N         | 42.7 lbf avg    |

Analysis:

Using the average forces to cause the mower to roll the rolling resistance can be calculated by dividing the average force by the weight of the mower.

|          | Average Rolling Force | Rolling Resistance | Equivalent Slope |
|----------|-----------------------|--------------------|------------------|
| Test 1   | 53.5 lbf avg          | 0.089              | 5.09 degrees     |
| Test 2   | 52.8 lbf avg          | 0.088              | 5.03 degrees     |
| Test 3   | 56.7 lbf avg          | 0.095              | 5.43 degrees     |
| Test 4   | 58.0 lbf avg          | 0.097              | 5.54 degrees     |
| Concrete | 42.7 lbf avg          | 0.071              | 4.06 degrees     |