# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| REBEKAH HILLMAN, Individually and as Next Friend of P.M., a minor, AND JENNIFER HILLMAN<br><br>Plaintiffs,<br><br>v.<br><br>THE TORO COMPANY,<br><br>Defendant. | NO. 4:21-cv-04081-SLD-JEH |

**AFFIDAVIT OF TODD PORTER IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

STATE OF MINNESOTA    )
                     )
COUNTY OF HENNEPIN    )

Mr. Todd Porter, being duly sworn, states the following in support of the Defendant The Toro Company's Motion for Summary Judgment:

1. I am the Director of Engineering at The Toro Company and am authorized to make this affidavit on behalf of The Toro Company. In my role as Director of Engineering, I have personal knowledge of The Toro Company's design, testing, and manufacturing of The Toro Company's zero radius turn ("ZRT") residential and commercial lawn mowers, including company records related thereto. I am also familiar with the mower at issue in this case, the 2013 Toro TimeCutter SS 5000 Model 74631 ZRT lawnmower, serial number 313015934 (the "Subject Mower"), and the incident involving Plaintiffs Rebekah and Jennifer Hillman, wherein Rebekah sustained serious injuries to her legs (the "Incident").

2. ZRT mowers are highly maneuverable and efficient mowers because, as the name suggests, they can make a zero radius turn. Unlike traditional riding mowers that have a larger turning radius, ZRT mowers can effectively pivot in place, allowing them to make sharp 180-degree turns. The Subject Mower is depicted in the photograph below:



3. To accomplish zero radius turns, ZRT mowers utilize two independently controlled rear drive wheels which can operate at different speeds and in different directions and thus rotate around the mower's axis. The two rear drive wheels are each powered by a hydraulic transmission known as a hydrostatic motor or hydrostatic transmission.

4. Instead of controlling the front wheels with a steering wheel, the operator controls the two rear wheels independently of each other with motion control levers. When the two rear wheels are operated at different speeds, the mower will turn left or right. When the two rear wheels are operated in different directions—one forward and one in reverse—the mower will pivot around a point midway between the drive wheels, a classic z-turn. The mower can also pivot around one

of the rear wheels with one rear wheel stopped and the other moving forward or backward.

5. The hydrostatic transmission also functions as the mower's service brake by slowing or stopping the drive wheels when the motion control levers are moved toward the center position. To bring the mower to a full stop, the operator moves both motion control levers to the center position – neither forward nor backward. Therefore, the Subject Mower (like most ZRT mower models) does not have a foot-operated service brake.

6. The Subject Mower has a parking brake to keep the mower stationary when necessary. The operator may engage the parking brake by moving the motion control levers outward from the center (or stop) position.

7. ZRT mowers were originally developed for commercial applications by professional landscaping companies because they can generally mow at higher speed with better maneuverability than traditional lawn tractor mowers. Commercial ZRT mowers typically weigh between 850 and 1600 pounds.

8. Over the past approximately 20 years, manufacturers have introduced ZRT mowers for the residential marketplace that offer the same advantages at a lower cost for the homeowner. Residential ZRT mowers generally have smaller engines and smaller cutting decks and are therefore in a lower weight range than larger commercial ZRT mowers.

9. ZRT mowers have a low center of gravity and are very stable machines.

10. Heavy-duty commercial ZRT mowers typically come equipped with a Roll-Over Protection System ("ROPS"), which consists of a roll bar and a seat belt. In certain scenarios, ROPS can be effective in preventing the operator from severe injury or death in the event of a rollover.

11. Residential ZRT mowers typically do not come equipped with ROPS because, among other reasons, they are smaller, lighter and not as fast as their commercial counterparts, and are typically used on the operator's own property, where there are no unknown or unanticipated rollover hazards.

12. The American National Standards Institute ("ANSI"), under the sponsorship of the Outdoor Power Equipment Institute ("OPEI"), has promulgated two separate safety standards applicable to ZRT mowers:

- ANSI B71.4 for commercial ZRT mowers, and
- ANSI B71.1 for residential ZRT mowers.

13. Among other things, ANSI B71.4 and B71.1 set forth criteria for when a ZRT mower should be equipped with a ROPS as well as the requirements for steering, braking and static stability.

14. The ANSI B71.1 – 2003 (Consumer Turf Care) standard is entitled "Consumer Turf Care Equipment – Walk-Behind Mowers and Ride-On Machines with Mowers – Safety Specifications." ("ANSI B71.1 – 2003") and was in effect at the time the Subject Mower was designed and manufactured. A true and correct copy of ANSI B71.1 – 2003 is attached hereto as Exhibit 1.

15. ANSI is comprised of 30 million professionals, representing a wide array of government agencies, companies, and academic societies. This organization has been accrediting, administrating, coordinating, and promoting private sector voluntary consensus standards for nearly 100 years. ANSI neither develops nor interprets standards; instead, its role is to accredit standards developed by traditional standards development organizations and industry groups, like OPEI, through thorough review of the processes by which these standards were created and approved. To obtain ANSI accreditation, a standard must have been developed via an open process

in which the views of stakeholders with material interests in the subject matter of the standard are heard, carefully considered, and included in the final iteration of the standard. This type of consensus building is central to ANSI's mission. As such, ANSI accreditation signifies that a standard is not merely the product of a potentially self-interested industry group but, rather, reflects the interests of all who are potentially impacted by changes to industry norms.

16.  The Subject Mower is a consumer-grade ZRT mower intended for residential, non-commercial use by homeowners such as Plaintiffs for use on their own property. Therefore, TTC designed and manufactured the 2013 Toro TimeCutter SS 5000 ZRT Mower Model 74631 at issue for residential, non-commercial use in accordance with ANSI B71.1 – 2003, the version of the standard in force at the time the Subject Mower was manufactured and sold. TimeCutter Models 74630 and 74632, for the 2011 Model Year, were certified by SGS US Testing Company, Inc. on November 12, 2010 as complying with the requirements of ANSI B71.1-2003. True and correct copies of the November 12, 2010 Certifications for Models 74630 and 74632 are attached hereto as Exhibit 2. Models 74630 and 74632 and Model 74631 are similar machines in that the only difference is that Model 74631 has no lift pedal and no arm rest on the seat. Under its Self-Certification Program, The Toro Company determined that Model 74631 complied with the mechanical safety requirements of the American National Standards Institute concerning product safety for turf care equipment by meeting the requirements of ANSI B71.1-2003. A true and correct copy of the February 7, 2014 Product Safety Test Report for Model 74631 for the 2013 Model Year from Dale Hammons, Senior Principal Test Engineer at the time, is attached hereto as Exhibit 3. Additionally, the Operator's Manual for the 2013 Toro TimeCutter SS 5000 Model 74631 states on page 4 that "[t]his machine meets or exceeds the B71.1-2003 specifications of the American National Standards Institute, in effect at the time of production." *See* reference to the

Operator's Manual below.

17. According to section 19.1.3 of ANSI B71.1 – 2003, a ZRT mower is not required to be equipped with ROPS if the mass of the mower (including attachments with all fluids full and with ballast as recommended by the manufacturer) is less than 1,245 pounds. The Toro TimeCutter SS 5000 model 74631 weighs significantly less than 1,245 pounds under the criteria stated in the standard. Therefore, the applicable ANSI standard did not require the Toro TimeCutter SS 5000 model 74631 to be equipped with ROPS.

18. Section 19.2.2 of ANSI B71.1 – 2003, Static Stability Tests, requires that a mower's wheels do not lift off a tilt table before a tilt of 30 degrees with the mower oriented longitudinally, and do not lift off a tilt table before a tilt of 25 degrees with the mower oriented laterally. The Toro TimeCutter SS 5000 model 74631 met or exceeded these requirements.

19. Section 3.23 of ANSI B71.1 – 2003 defines the service brake system as the designated primary brake system used for decelerating and stopping the machine. Section 19.3.2 of ANSI B71.1 – 2003 defines service brake tests for effectiveness, durability, and proof load. The Toro TimeCutter SS 5000 model 74631 met or exceeded the requirements for the service brake.

20. Section 3.20 of ANSI B71.1 – 2003 defines the parking brake system as a system used to hold one or more brakes or braking means continuously in an applied position. Section 19.3.3 defines parking brake testing: the machine shall be held on a 16.7 degree or 30% slope by the parking brake. The Toro TimeCutter SS 5000 model 74631 met or exceeded the requirements for the parking brake.

21. A true and correct copy of the Operator's Manual for the 2013 Toro TimeCutter SS 5000 model 74631 is attached hereto as <u>Exhibit 4</u>.

22. Toro TimeCutter SS 5000 model 74631 ZRT lawnmower, serial number 313015934

exceeded the applicable ANSI B71.1 – 2003 standards.

23. The Toro Company has no record or notice since 2005 of any incident similar to the Incident involving Plaintiffs in which an operator engaged the bypass pins to disable the service brake system on any Toro ZRT mower on a sloped surface and then experienced a loss of control.

FURTHER AFFIANT SAYETH NAUGHT.

*Todd Porter*
Todd Porter
The Toro Company

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, on this 8th day of September, 2023, to certify which witness my hand and seal of office.

*Sonia Toomey*

Notary Public in and for the
State of **Minnesota**
My Commission expires: **January 31, 2024**

SONIA LY TOOMEY
Notary Public-Minnesota
My Commission Expires Jan 31, 2024