# THOMAS A. BERRY
1762 N. St. Francis
Wichita, Kansas 67214
(316) 685-8061 (316) 262-6834

2020

## REGISTRATION
LICENSED PROFESSIONAL ENGINEER
State of Kansas, No. 10468 - March 13, 1986

## EDUCATION

May 1990
WICHITA STATE UNIVERSITY, Wichita KS
Master of Science in Mechanical Engineering
G.P.A.: 4.0
Thesis: A Kinematic Analysis of Rocker-Joint Silent Chain

Dec 1981
WICHITA STATE UNIVERSITY, Wichita KS
Bachelor of Science in Mechanical Engineering
G.P.A.: 3.396
Graduated Cum Laude

## CONTINUING EDUCATION
1995 — Finite Element Analysis - An Introduction
2001 — Psychology
2009 — Injury Biomechanics

## ENGINEERING EXPERIENCE

Aug 2005 – Present
Self-employed, Thomas A. Berry P.E.

Jan 1982 to Jul 2005
Advance Technology, Inc.
Wichita, Kansas
SENIOR MECHANICAL ENGINEER
Responsibilities included:
* Complete supervision of junior engineers
* Research, design and testing of a diverse range of products
* Design evaluation of machines and products for compliance to standards and design improvements relative to safety.

Oct 1981 to Dec 1981
ENGINEERING TECHNICIAN
Responsibilities included:
* Assisted with construction of test equipment and prototype machines

## INDUSTRIAL EXPERIENCE

Summer 1981
Cessna Aircraft Co.
QUALITY ASSURANCE INSPECTOR

Summer 1980
Boeing Military Aircraft Co.
TOOL CRIB ATTENDANT

May 1979 to Apr 1980
Cessna Aircraft Co.
QUALITY ASSURANCE INSPECTOR

Exhibit B-1

# RESEARCH, DEVELOPMENT AND DESIGN PROJECTS

* Design and development of guarding, and operator presence sensing systems for stump grinding equipment consistent with the expected function of the equipment.

* Design of the powered platform of a de-coking unit at a refinery. This design involved utilizing the existing platform and developing a reliable method for shuttling the platform into position for the de-coking operation using the existing pneumatic power system.

* Design, testing, evaluation, and certification of operator protective structures and restraint systems on numerous types of machines such as: agricultural tractors, forklifts, cranes, construction equipment and industrial equipment. Included in this work is the research and evaluation required for development of operator protective structures not specifically addressed by existing standards.

* Design of a top loading infrared oven for drying large cryogenic tanks. This design involved the structural design of the top cover of the oven and the fluid power control system for opening the large cover.

* Design of specific product warnings based on hazard analysis, existing standards and current safety sign design criteria.

* Design, testing and development of mechanical emergency stop controls for agricultural machines, such as corn pickers, hay balers and harvesting equipment.

* Research into the mechanism of automobile/truck under-ride crashes to develop potential design strategies to maximize energy absorption of the under-ride guard on the truck/trailer.

* Design, development and construction of a large tilt table for performing static tilt tests on various vehicles. This included the stress analysis of the structure and deflections, as well as, the design of the hydraulic power system.

  The tilt table was utilized for conducting tilt tests and determining the center of gravity of various vehicles including forklifts, industrial vehicles, golf carts, tractors and outdoor power equipment.

* Thrown object testing of various lawn mowers to ANSI/OPEI standards, as well as, testing suggested by others.

* Visibility studies of various vehicles using human factors data, machine layouts and, testing of actual vehicles.

* Design and development of a stationary feed hopper for a forage chopper with a remote feed roll control on the hopper.

* Design and development of an electric handheld lanyard control for a hydrostatic driven walk-beside trencher/vibration plow.

* Design and development of an operator presence control system for a skid steer loader.

* Design and development of an interlocked guard for a hydraulically operated cucumber harvester, in conjunction with an operator presence control system.

* Conducted an analysis of numerous accident reports on specific machine types to develop trends for accident types and injury causation and to determine beneficial corrective measures.

#

## PAPERS

| | |
|---|---|
| Apr 1985 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "The History and Development of Interlocked PTO Master Shields"; ASAE Paper No. MCR-85-103 |
| Mar 1987 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "A Safety Analysis of Spool-Valve Control of Hydraulically Assisted Shift Transmissions"; ASAE Paper No. MCR-87-126. |
| Jun 1987 | SUMMER MEETING ASAE, Baltimore, MD; "Recommendation for an ASAE Sponsored Human Factors Safety Design Manual"; ASAE Paper No. 87-1106 |
| Mar 1990 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Alternative Drives for Portable Grain Augers"; ASAE Paper No. 90-114 |
| Mar 1990 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Vibration Testing of Agricultural PTO Shafts"; ASAE Paper No. 90-113 |
| Apr 1991 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Safety Considerations in the Design of Stump Grinders"; ASAE Paper No. MC91-111. |
| Dec 1991 | 1991 INTERNATIONAL WINTER MEETING OF ASAE, Chicago, IL; "Reducing Risk of Grain Auger Systems"; ASAE Paper No. 915505 |
| Mar 1994 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Lockout Controls on Agricultural Equipment", ASAE Paper No. MC94-114 |
| Apr 1996 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO; "Agricultural Related Deaths and Injuries: A Progress Report", ASAE Paper No. MC96-106 |
| May 1999 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO. "Operator Protection for ATVs and Light Utility Vehicles", ASAE Paper No. MC99-132 |
| Apr 2000 | MID-CENTRAL MEETING OF ASAE, St. Joseph MO. "The Forgotten "Human" in Human Factors", ASAE Paper No. MC00-102 |
| Apr 2003 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO. "Enhancing the Safety of the Agricultural Workplace by Machine Design", ASAE Paper No. MC03-106 |
| Apr 2003 | MID-CENTRAL MEETING OF ASAE, St. Joseph, MO. "An Analysis of Skid Steer Loader Accidents", ASAE Paper No. MC03-105 |
| Nov 2006 | ASME 2006 International Mechanical Engineering Congress & Exposition, Chicago, IL., "A Risk Based Study of Tipover and Off-dock Accidents Involving Stand-up Lift Trucks", Proceedings of IMECE2006 - Paper # IMECE2006-14847, November 5-10, 2006. |
| Nov 2008 | ASME 2008 International Mechanical Engineering Congress & Exposition, Boston, MA., "A Study of Pallet Truck Accidents", Proceedings of IMECE2008 - Paper # IMECE2008-66966, Nov. 2-6, 2008. |
| Apr 2010 | Mid Central Meeting of ASABE, St. Joseph, MO. " Stability Related Accidents Involving Ride- On Mowers - History and Design Solutions", ASABE Paper No. MC10-104. |
| Nov 2011 | ASME 2011 International Mechanical Engineering Congress & Exposition, Denver, CO., "An Analysis Of Stand-Up Forklift Accidents From The 1970'S TO 2006", Proceedings of IMECE2011 - Paper # IMECE2011-63944, Nov. 11-17, 2011. |
| Nov 2013 | ASME 2013 International Mechanical Engineering Congress & Exposition, San Diego, CA, "Gasoline Geysering - The Hidden Hazard", Proceedings of IMECE2013- Paper #63730, Nov. 13-21, 2013. |

## COMMITTEES

AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ANSI);
ASME/B56.1 Subcommittee on Safety for Industrial High Lift Trucks
   (Attended as an alternate)
AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ANSI);
Task Force on Operator Protection for Mobile Cranes (Attended as an alternate)

## HONORS AND ACTIVITIES

Pi Tau Sigma Mechanical Engineering Honor Society
Wichita State University Honor Society
Phi Kappa Phi Honor Society

## SOCIETY MEMBERSHIPS

American Society of Mechanical Engineers (ASME)
American Society of Agricultural Engineers (ASABE)
Society of Automotive Engineers (SAE)

#