089



# TORO MEMORANDUM

DATE: July 23, 2002

FROM: Ken Melrose

SUBJECT: Z Mower Deaths

TO: Mike Hoffman

    Copy: Larry McIntyre

*Copy it*
*Done 7/24*

Larry McIntyre recently reported that our commercial Z mowers have been involved in seven (7) deaths over the last year. This is a horrible situation that I felt compelled to report to the Board. Their reaction was similar.

The company needs to take aggressive action to rectify the possible causes of this (ROPS, e.g.) with urgency. Please let me know the project plan, which I understand, is already underway.

Thanks.

KBM/lg

*[signature]*

**PLAINTIFF'S EXHIBIT**
**12**
Toro 30(b)(6) Deposition

Confidential, Subject to Protective Order

TORO 0117241

Confidential

TTCHillman00164184

Exhibit 2