# IMAGE PLACEHOLDER FOR EXHIBIT 5

## Thomas Berry Slope & Rolling Resistance Test Videos