Page 1

13  Hillman v. Toro

14  Hillman - Interview Video

1             STEVE CROWLEY:  Hello, I'm Steve
2    Crowley and today's date is July 13, 2020.  We're
3    here at the Hillman home in Colonial, Illinois,
4    and this is Jennifer.  And we're here today to
5    have Jennifer explain to us right here at the
6    property what happened to Rebecca when the Toro
7    5500 Time Cutter Mower refused or didn't stop,
8    and Rebecca was injured.
9             Now, if you could look across this
10   area, can you pan around this Ed, and take a look
11   at.  Yeah, and go ahead and just let it keep
12   running.
13            All right, Jennifer, will you come down
14   here?  Do you remember when you bought the Toro
15   Mower that's the subject of this case?
16            JENNIFER HILLMAN:  Yes.
17            STEVE CROWLEY:  When was it?
18            JENNIFER HILLMAN:  In 2014.
19            STEVE CROWLEY:  Okay, in 2014.  Did you
20   buy it new?
21            JENNIFER HILLMAN:  Yes.
22            STEVE CROWLEY:  From -- what was the
23   dealer?
24            JENNIFER HILLMAN:  B&B Lawn.
25            STEVE CROWLEY:  B&B Lawn.  Is that here

1  in Colonial?
2              JENNIFER HILLMAN:  Geneseo.
3              STEVE CROWLEY:  Geneseo.  All right,
4  did you and Rebecca both mow with that mower?
5              JENNIFER HILLMAN:  Yes.
6              STEVE CROWLEY:  And it's a zero turn
7  with the two levers, right?
8              JENNIFER HILLMAN:  Yes.
9              STEVE CROWLEY:  Okay.  Well, we've got
10 some marks in the yard here that we want to --
11 that seem to be still here.  We want to take some
12 pictures of those so that we document them.  But
13 tell us generally what was -- what was Rebecca
14 doing with the mower just before she got hurt?
15             JENNIFER HILLMAN:  She was mowing this
16 section of the land.
17             STEVE CROWLEY:  Okay.  Was she going up
18 and down or back and forth?
19             JENNIFER HILLMAN:  No, back and forth.
20             STEVE CROWLEY:  So, she was going back
21 and forth and it's my understanding she's coming
22 along here, and she gets stuck?
23             JENNIFER HILLMAN:  Yes, she gets up
24 here and the front wheel went this way.
25             STEVE CROWLEY:  The right one?

Page 4

1              JENNIFER HILLMAN:  The left wheel.
2              STEVE CROWLEY:  Left one, okay.
3              JENNIFER HILLMAN:  She was facing here.
4              STEVE CROWLEY:  She was coming this
5    way.  And so, she got --
6              JENNIFER HILLMAN:  When the left wheel
7    hits here it went in and stopped.
8              STEVE CROWLEY:  Okay.  Now, there's two
9    -- it looks like there's some big marks here, are
10   those caused by the mower?
11             JENNIFER HILLMAN:  Right down here,
12   yes.
13             STEVE CROWLEY:  Okay.  So, the mower's
14   stuck and what does she do then, what do you do?
15             JENNIFER HILLMAN:  We grabbed, we have
16   a John Deer 33000 Series Mower with a loader, and
17   so, we grabbed the John Deer tractor and hook it
18   up and pull the --
19             STEVE CROWLEY:  Bypass pin.
20             JENNIFER HILLMAN:  Bypass pins and lift
21   up on the back end so it doesn't drag, and we
22   pulled it back.
23             STEVE CROWLEY:  Can you show -- as best
24   you can remember, about where was the mower when
25   you unhooked it?

1  JENNIFER HILLMAN:  The mower was back
2  here.
3  STEVE CROWLEY:  And you were clear back
4  from that mower?
5  JENNIFER HILLMAN:  Yes.
6  STEVE CROWLEY:  Okay.
7  JENNIFER HILLMAN:  30 feet?
8  STEVE CROWLEY:  When you took it off
9  the John Deer, what direction was the mower
10 pointing?
11 JENNIFER HILLMAN:  This direction.
12 STEVE CROWLEY:  Okay.  Because you're
13 driving that way with the tractor?
14 JENNIFER HILLMAN:  We were pulling this
15 way.
16 STEVE CROWLEY:  Okay.  So, you got it
17 far back, then what happened?
18 JENNIFER HILLMAN:  She put the brakes
19 on and unhooked the straps and then got on the
20 mower and started it and pulled the levers in.
21 And as she pulled the levers in, it started to
22 roll.  She tried to pull back, she pulled back
23 and realized it wasn't engaged.  So, she threw
24 the levers out apart.
25 STEVE CROWLEY:  To put the brake on?

1    JENNIFER HILLMAN:  To put the brake
2    on.  And it skid, but it didn't stop.  You can
3    see where it skid right here.
4             STEVE CROWLEY:  But were the rear
5    wheeling still rolling once she went in?
6             JENNIFER HILLMAN:  Yes.
7             STEVE CROWLEY:  Another words it tried
8    to stop and then it kept going?
9             JENNIFER HILLMAN:  And then it kept
10   going and then it skid again down there, and it
11   kept going and then when she realized it wasn't
12   going to stop as it went over, she jumped, and it
13   landed on --
14            STEVE CROWLEY:  Her legs.
15            JENNIFER HILLMAN:  The legs.
16            STEVE CROWLEY:  Now, it looks like
17   we've got some skid where it might have started
18   to slow down, but then it kept going.
19            JENNIFER HILLMAN:  Mm hmm.
20            STEVE CROWLEY:  Yes?
21            JENNIFER HILLMAN:  Yes.
22            STEVE CROWLEY:  All right.  And then it
23   went down -- was it gaining speed as it came down
24   here?
25            JENNIFER HILLMAN:  Yes.

1           STEVE CROWLEY:  When she -- when she
2    first flipped the levers out to engage the brake
3    to try and stop it, did she leave those out for
4    the rest of the event?  Another words, she didn't
5    pull them out or push them out and then pull them
6    back, push then out, or did she --
7           JENNIFER HILLMAN:  No, she was yanking
8    them out, like --
9           STEVE CROWLEY:  Pushing on them?
10          JENNIFER HILLMAN:  Pushing them hard.
11          STEVE CROWLEY:  Okay.  And it just
12   didn't stop?
13          JENNIFER HILLMAN:  It did not stop.
14          STEVE CROWLEY:  Okay.  Then it goes
15   down, now, I noticed here that you've got two of
16   these bricks.  Let me go down and, without me
17   messing this up, there's two blocks here that
18   appear to be turned around with decorative side
19   normally out here on the rest of them and these
20   are facing this way, why is that?
21          JENNIFER HILLMAN:  Because as it picked
22   up speed and came here, the front of the mower
23   hit those two.  You can see the hole here where
24   the back tire hit.
25          STEVE CROWLEY:  Right here?

1                JENNIFER HILLMAN:  Right there and then
2    it smashed -- the other tire smashed the Hosta on
3    this side and the front end pushed those two
4    bricks off.
5                STEVE CROWLEY:  And then she jumped
6    off?
7                JENNIFER HILLMAN:  She jumped off and
8    the mower followed her.
9                STEVE CROWLEY:  Okay.  But it didn't
10   come down directly on top of her?
11               JENNIFER HILLMAN:  Not on her back, she
12   was able to get out of the seat, but it landed on
13   her legs.
14               STEVE CROWLEY:  Okay.  So, the mower
15   came down, kept going, hit this and went over,
16   even though the brakes were supposed to be on?
17               JENNIFER HILLMAN:  Yes.
18               STEVE CROWLEY:  Okay.  After -- did you
19   watch -- were you here for all of this?
20               JENNIFER HILLMAN:  Yes.
21               STEVE CROWLEY:  What were you doing
22   just before all these problems started, weeding?
23               JENNIFER HILLMAN:  We were -- I was
24   weeding this flower bed area.
25               STEVE CROWLEY:  Okay, all right.

1              Now, Ed why don't you come down here
2     and we'll take a picture -- go ahead and stay
3     there Jennifer or very close to there.  Okay.
4     All right.
5              Then once, after she goes over and
6     machine falls, on where, on her legs?
7              JENNIFER HILLMAN:  Yes.
8              STEVE CROWLEY:  What happened next?
9              JENNIFER HILLMAN:  I had put my tractor
10    in park and shut it off.  I ran down the hill,
11    and grabbed my phone, and called 9-1-1, and I ran
12    over to her, and the mower was on her legs.  So,
13    I threw my phone down, she was just screaming and
14    that superhuman strength they say you have, I
15    just reached down and threw the mower off of her.
16    And her foot was --
17             STEVE CROWLEY:  Now, were the blades of
18    the mower going when this happened?
19             JENNIFER HILLMAN:  No.
20             STEVE CROWLEY:  So, she was injured by
21    the actual mower falling on her?
22             JENNIFER HILLMAN:  The mower.
23             STEVE CROWLEY:  Not hitting her feet
24    with the blades or anything?
25             JENNIFER HILLMAN:  Yes.

1           STEVE CROWLEY:  Okay.  All right.
2           JENNIFER HILLMAN:  Her left foot was
3  almost completely severed off while she was
4  laying there.
5           STEVE CROWLEY:  Okay.  Where was she
6  taken from here?
7           JENNIFER HILLMAN:  From here they had
8  to put her in the ambulance, and we went down the
9  road just to this next land opening and loaded
10 her in a helicopter and they flew her to Iowa
11 City.
12          STEVE CROWLEY:  University of Iowa
13 Hospital?
14          JENNIFER HILLMAN:  University of Iowa
15 Hospital, yes.
16          STEVE CROWLEY:  Okay, all right, that's
17 fine, that's good.
18
19
20
21
22
23
24
25

1    C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8

9    *Sonya M. Ledanski Hyde* (signature)

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: September 13, 2022

17

18

19

20

21

22

23

24

25

**[11501 - home]**  Page 1

**1**

**11501** 11:14
**12151** 11:9
**13** 2:2 11:16

**2**

**2014** 2:18,19
**2020** 2:2
**2022** 11:16

**3**

**30** 5:7
**300** 11:13
**330** 11:12
**33000** 4:16

**5**

**5500** 2:7

**9**

**9-1-1** 9:11

**a**

**able** 8:12
**accurate** 11:4
**actual** 9:21
**ahead** 2:11 9:2
**ambulance** 10:8
**apart** 5:24
**appear** 7:18
**area** 2:10 8:24

**b**

**b&b** 2:24,25
**back** 3:18,19,20 4:21,22 5:1,3,17 5:22,22 7:6,24 8:11
**bed** 8:24
**best** 4:23
**big** 4:9
**blades** 9:17,24
**blocks** 7:17
**bought** 2:14
**brake** 5:25 6:1 7:2
**brakes** 5:18 8:16
**bricks** 7:16 8:4
**buy** 2:20
**bypass** 4:19,20

**c**

**c** 11:1,1
**called** 9:11
**case** 2:15
**caused** 4:10
**certify** 11:3
**city** 10:11
**clear** 5:3
**close** 9:3
**colonial** 2:3 3:1
**come** 2:13 8:10 9:1
**coming** 3:21 4:4
**completely** 10:3
**country** 11:12
**crowley** 2:1,2,17 2:19,22,25 3:3,6 3:9,17,20,25 4:2 4:4,8,13,19,23 5:3,6,8,12,16,25 6:4,7,14,16,20 6:22 7:1,9,11,14 7:25 8:5,9,14,18 8:21,25 9:8,17 9:20,23 10:1,5 10:12,16
**cutter** 2:7

**d**

**date** 2:2 11:16
**dealer** 2:23
**decorative** 7:18
**deer** 4:16,17 5:9
**direction** 5:9,11
**directly** 8:10
**document** 3:12
**doing** 3:14 8:21
**drag** 4:21
**driving** 5:13

**e**

**e** 11:1
**ed** 2:10 9:1
**engage** 7:2
**engaged** 5:23
**event** 7:4
**explain** 2:5

**f**

**f** 11:1
**facing** 4:3 7:20
**falling** 9:21
**falls** 9:6
**far** 5:17
**feet** 5:7 9:23
**fine** 10:17
**first** 7:2
**flew** 10:10
**flipped** 7:2
**flower** 8:24
**followed** 8:8
**foot** 9:16 10:2
**foregoing** 11:4
**forth** 3:18,19,21
**front** 3:24 7:22 8:3

**g**

**gaining** 6:23
**generally** 3:13
**geneseo** 3:2,3
**go** 2:11 7:16 9:2
**goes** 7:14 9:5
**going** 3:17,20 6:8,10,11,12,18 8:15 9:18
**good** 10:17
**grabbed** 4:15,17 9:11

**h**

**happened** 2:6 5:17 9:8,18
**hard** 7:10
**helicopter** 10:10
**hello** 2:1
**hill** 9:10
**hillman** 1:13,14 2:3,16,18,21,24 3:2,5,8,15,19,23 4:1,3,6,11,15,20 5:1,5,7,11,14,18 6:1,6,9,15,19,21 6:25 7:7,10,13 7:21 8:1,7,11,17 8:20,23 9:7,9,19 9:22,25 10:2,7 10:14
**hit** 7:23,24 8:15
**hits** 4:7
**hitting** 9:23
**hmm** 6:19
**hole** 7:23
**home** 2:3

**hook** 4:17
**hospital** 10:13, 10:15
**hosta** 8:2
**hurt** 3:14
**hyde** 11:3

**i**

**illinois** 2:3
**injured** 2:8 9:20
**interview** 1:14
**iowa** 10:10,12,14

**j**

**jennifer** 2:4,5,13 2:16,18,21,24 3:2,5,8,15,19,23 4:1,3,6,11,15,20 5:1,5,7,11,14,18 6:1,6,9,15,19,21 6:25 7:7,10,13 7:21 8:1,7,11,17 8:20,23 9:3,7,9 9:19,22,25 10:2 10:7,14
**john** 4:16,17 5:9
**july** 2:2
**jumped** 6:12 8:5 8:7

**k**

**keep** 2:11
**kept** 6:8,9,11,18 8:15

**l**

**land** 3:16 10:9
**landed** 6:13 8:12
**lawn** 2:24,25

**laying** 10:4
**leave** 7:3
**ledanski** 11:3
**left** 4:1,2,6 10:2
**legal** 11:11
**legs** 6:14,15 8:13 9:6,12
**levers** 3:7 5:20 5:21,24 7:2
**lift** 4:20
**loaded** 10:9
**loader** 4:16
**look** 2:9,10
**looks** 4:9 6:16

**m**

**machine** 9:6
**marks** 3:10 4:9
**messing** 7:17
**mineola** 11:14
**mm** 6:19
**mow** 3:4
**mower** 2:7,15 3:4,14 4:10,16 4:24 5:1,4,9,20 7:22 8:8,14 9:12 9:15,18,21,22
**mower's** 4:13
**mowing** 3:15

**n**

**n** 11:1
**new** 2:20
**normally** 7:19
**noticed** 7:15
**ny** 11:14

**o**

**o** 11:1
**okay** 2:19 3:9,17 4:2,8,13 5:6,12 5:16 7:11,14 8:9 8:14,18,25 9:3 10:1,5,16
**old** 11:12
**once** 6:5 9:5
**opening** 10:9

**p**

**pan** 2:10
**park** 9:10
**phone** 9:11,13
**picked** 7:21
**picture** 9:2
**pictures** 3:12
**pin** 4:19
**pins** 4:20
**pointing** 5:10
**problems** 8:22
**proceedings** 11:5
**property** 2:6
**pull** 4:18 5:22 7:5,5
**pulled** 4:22 5:20 5:21,22
**pulling** 5:14
**push** 7:5,6
**pushed** 8:3
**pushing** 7:9,10
**put** 5:18,25 6:1 9:9 10:8

**r**

**r** 11:1
**ran** 9:10,11
**reached** 9:15
**realized** 5:23 6:11
**rear** 6:4
**rebecca** 2:6,8 3:4 3:13
**record** 11:5
**refused** 2:7
**remember** 2:14 4:24
**rest** 7:4,19
**right** 2:5,13 3:3 3:7,25 4:11 6:3 6:22 7:25 8:1,25 9:4 10:1,16
**road** 10:9 11:12
**roll** 5:22
**rolling** 6:5
**running** 2:12

**s**

**screaming** 9:13
**seat** 8:12
**section** 3:16
**see** 6:3 7:23
**september** 11:16
**series** 4:16
**severed** 10:3
**show** 4:23
**shut** 9:10
**side** 7:18 8:3
**signature** 11:9
**skid** 6:2,3,10,17
**slow** 6:18

**[smashed - zero]**  Page 3

| | | |
|---|---|---|
| smashed 8:2,2 | time 2:7 | wheel 3:24 4:1,6 |
| solutions 11:11 | tire 7:24 8:2 | wheeling 6:5 |
| sonya 11:3 | today 2:4 | words 6:7 7:4 |
| speed 6:23 7:22 | today's 2:2 | **y** |
| started 5:20,21 6:17 8:22 | top 8:10 | yanking 7:7 |
| stay 9:2 | toro 1:13 2:6,14 | yard 3:10 |
| steve 2:1,1,17,19 2:22,25 3:3,6,9 3:17,20,25 4:2,4 4:8,13,19,23 5:3 5:6,8,12,16,25 6:4,7,14,16,20 6:22 7:1,9,11,14 7:25 8:5,9,14,18 8:21,25 9:8,17 9:20,23 10:1,5 10:12,16 | tractor 4:17 5:13 9:9 | yeah 2:11 |
| | transcript 11:4 | **z** |
| | tried 5:22 6:7 | zero 3:6 |
| | true 11:4 | |
| | try 7:3 | |
| | turn 3:6 | |
| | turned 7:18 | |
| | two 3:7 4:8 7:15 7:17,23 8:3 | |
| stop 2:7 6:2,8,12 7:3,12,13 | **u** | |
| stopped 4:7 | understanding 3:21 | |
| straps 5:19 | unhooked 4:25 5:19 | |
| strength 9:14 | university 10:12 10:14 | |
| stuck 3:22 4:14 | **v** | |
| subject 2:15 | v 1:13 | |
| suite 11:13 | veritext 11:11 | |
| superhuman 9:14 | video 1:14 | |
| supposed 8:16 | **w** | |
| **t** | want 3:10,11 | |
| t 11:1,1 | watch 8:19 | |
| take 2:10 3:11 9:2 | way 3:24 4:5 5:13,15 7:20 | |
| taken 10:6 | we've 3:9 6:17 | |
| tell 3:13 | weeding 8:22,24 | |
| threw 5:23 9:13 9:15 | went 3:24 4:7 6:5,12,23 8:15 10:8 | |