# EXHIBIT B

A copy of the Interview Video, **Exhibit B**, referenced in TTC's Response to Plaintiff's Daubert Challenges and Motions *in Limine* 19-28 will be submitted conventionally to the Clerk of the District Court.