```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                   ROCK ISLAND DIVISION

 3   REBEKAH HILLMAN,        )
     individually and as     )
 4   next friend of P.J.H.,  )
     a minor; and JENNIFER   )
 5   HILLMAN,                ) No. 4:21-cv-04081-SLD-JEH
                             )
 6         Plaintiffs,       ) VIDEOTAPED
                             ) VIDEOCONFERENCE
 7   vs.                     ) DEPOSITION OF
                             ) ERIC WHEATON
 8   THE TORO COMPANY,       )
     a Corporation,          )
 9                           )
           Defendant.        )
10   ----------------------)

11

12        THE VIDEOTAPED VIDEOCONFERENCE

13   DEPOSITION OF ERIC WHEATON, taken before Buffy

14   Nelson, Registered Professional Reporter and

15   Notary Public, commencing at 10:07 a.m. on

16   July 7, 2023, with all parties appearing

17   remotely.

18

19

20

21

22

23

24

25        Reported by:  Buffy Nelson, R.P.R.
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              A P P E A R A N C E S

 2   Plaintiffs by:
             STEVEN J. CROWLEY
 3           Attorney at Law
             Crowley & Prill
 4           3012 Division Street
             Burlington, IA 52601
 5           (319) 753-1330
             scrowley@crowleyprillattorneys.com
 6
     Defendant by:
 7           THOMAS G. GRACE
             Attorney at Law
 8           McVey & Parsky, LLC
             30 North LaSalle Street
 9           Suite 2100
             Chicago, IL 60602
10           (312) 551-2130
             tgg@mcveyparsky-law.com
11
     Also present:  Jennifer Hillman
12
     Videographer:  Trisha Von Lanken
13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
                    I N D E X

Examination by:         Page

Mr. Grace               5, 103
Mr. Crowley             92



(No exhibits were marked.)
```



```
 1                P R O C E E D I N G S
 2              (Jennifer Hillman was not present
 3         at the beginning of the deposition.)
 4              THE VIDEOGRAPHER:  We are now on
 5   the record.  The time is 10:07 a.m. Central
 6   Time Zone on Friday, July 7, 2023.  This begins
 7   the videoconference deposition of Eric Wheaton,
 8   taken in the matter of Rebekah Hillman, et al.,
 9   versus The Toro Company, filed in the United
10   States District Court for the Central District
11   of Illinois, Rock Island Division, Case
12   Number 4:21-cv-04081-SLD-JEH.
13              My name is Trisha Von Lanken, and I am
14   your remote videographer.  The court reporter
15   is Buffy Nelson.  We are representing Esquire
16   Deposition Solutions.
17              Will everyone please identify
18   themselves and state whom you represent, after
19   which the witness will be sworn in?
20              MR. CROWLEY:  My name is Steven
21   Crowley, and I represent the Hillman family.
22              MR. GRACE:  And my name is Tom
23   Grace from the law firm of McVey & Parsky, and
24   I represent The Toro Company.
25
```



1            So at some point you have this
2    conversation and Jennifer says, "This is what I
3    want to do," and was she the one that kind of
4    came up with the plan of rolling it, applying
5    the brakes, and videotaping it?
6       A.   Well, she wanted to recreate as close
7    as possible, without putting me in danger up in
8    the area where the incident had just occurred,
9    but wanted to know how the mower would function
10   in a similar instance.
11      Q.   And who decided what spot to use to do
12   this?
13      A.   I don't believe that one person stood
14   up and said, "Let's do it over here."  I
15   believe we all just kind of agreed that I had
16   zero risk of injury based on where it was that
17   we were.
18      Q.   Okay.  So when I -- when I took Dave's
19   deposition yesterday, he recalled kind of a
20   similar conversation, and then he said he went
21   into the house to use the restroom, and when he
22   came back out, the Timecutter was kind of up on
23   the spot, we'll call it, where this was
24   started.
25      A.   Okay.



```
 1        Q.   And his understanding was that you
 2   were with Jennifer when the mower got moved.
 3   So I'm asking you, were -- were you there when
 4   the mower got taken up onto, we'll call it, the
 5   spot on the south yard?
 6        A.   I -- if the mower was put there after
 7   he left to use the bathroom facilities, Jen
 8   would have gotten it over there.
 9        Q.   Okay.  Do you recall that at all?
10        A.   That is not something that I vividly
11   remember, like, oh, yes, I remember this
12   happening.  I -- the mower was there when I was
13   asked to get on it, and these -- this -- those
14   two times, "This is what I want you to do, and
15   I want to see how the mower responds."  I don't
16   know the chronological, the conversations, like
17   how everything came to be in order.
18        Q.   When you were talking earlier about
19   your understanding of how the incident
20   occurred, we talked about this -- I think
21   you -- and I'm -- I may have it wrong, but I
22   thought you said, like, free roll mode or free
23   mode.  Did you understand that when you were
24   doing this test, it was going to be in that
25   same mode?
```



```
 1                C E R T I F I C A T E

 2         I, the undersigned, a Registered
     Professional Reporter and Notary Public, do
 3   hereby certify that I acted as the Registered
     Professional Reporter in the foregoing matter
 4   at the time and place indicated herein; that I
     took in shorthand the proceedings had at said
 5   time and place; that said shorthand notes were
     reduced to typewriting under my supervision and
 6   direction, and that the foregoing pages are a
     full and correct transcript of the shorthand
 7   notes so taken; that said deposition was not
     submitted for review.
 8
           I further certify that I am neither
 9   attorney nor counsel for, or related to or
     employed by any of the parties in the foregoing
10   matter, and further that I am not a relative or
     employee of any attorney or counsel employed by
11   the parties hereto, or financially interested
     in the action.
12
           IN WITNESS WHEREOF, I have hereunto set
13   my hand and seal this 10th day of July, 2023.

14

15
                 _ _ _ _ _ _ _ _ _     _ _ _ _
16          REGISTERED PROFESSIONAL REPORTER
            and NOTARY PUBLIC
17

18

19

20

21

22

23

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   Reference No.: 9910652

 2

 3   Case:   HILLMAN vs THE TORO COMPANY

 4
         DECLARATION UNDER PENALTY OF PERJURY
 5
           I declare under penalty of perjury that
 6   I have read the entire transcript of my Depo-
     sition taken in the captioned matter or the
 7   same has been read to me, and the same is
     true and accurate, save and except for
 8   changes and/or corrections, if any, as indi-
     cated by me on the DEPOSITION ERRATA SHEET
 9   hereof, with the understanding that I offer
     these changes as if still under oath.
10

11            _____

12              Eric Wheaton

13

14              NOTARIZATION OF CHANGES

15                  (If Required)

16

17   Subscribed and sworn to on the _____ day of

18

19   _____, 20____ before me,

20

21   (Notary Sign)_____

22

23   (Print Name)                       Notary Public,

24

25   in and for the State of _____
```

