UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

REBEKAH HILLMAN, Individually and as
Next Friend of P.M.., a minor, AND
JENNIFER HILLMAN

        Plaintiffs,

v.

THE TORO COMPANY,

        Defendant.

NO. 4:21-cv-04081-SLD-JEH

## AFFIDAVIT OF DR. LISA GWIN

STATE OF TEXAS      §
                     §
COUNTY OF BEXAR   §

1.     My name is Lisa Gwin. I am a Consultant for Biodynamic Research Corporation in San Antonio, Texas. I have personal knowledge of the facts set forth in this affidavit.

2.     This affidavit is filed in support of TTC's Response to Plaintiffs' Daubert Challenges and Motions in Limine Issues 19-28, filed herewith.

3.     Attached as <u>Exhibit 1</u> is a true and correct copy of my curriculum vitae, produced in this case as part of my expert file on May 8, 2023.

4.     Attached as <u>Exhibit 2</u> is a true and correct copy of my report, produced in this case.

5.     The methodologies that I applied in my report are supported by numerous peer-reviewed publications which I cite in my report throughout.

6.     Plaintiff Rebekah Hillman ("Rebekah") testified in her deposition that she intentionally jumped off the mower before the mower went over the retaining wall. Plaintiff Jennifer Hillman ("Jennifer") also testified that Rebekah jumped off the mower. There is no reason

to believe that Rebekah would have acted any differently than she did in the subject incident had the mower been equipped with ROPS. It is reasonable to believe that if she had chosen to wear a seatbelt on the day of the incident, then she likely would have unbuckled the belt and jumped off the mower.

7.    Whether the mower had ROPS or not, Rebekah would have likely suffered the same injuries if she left the mower and went over the retaining wall ahead of the mower and the mower then landed on her leg.

8.    In their motion, the Plaintiffs claim that I believe that the mower flipped in mid-air and landed upside down on Rebekah at the base of the retaining wall. I hold no such belief and explained the same in my deposition. Rebekah landed on the ground below the retaining wall ahead of the mower. The mower rolled over the retaining wall and landed on its front edge and then continued forward, tipping onto its control arms.

9.    Had the mower been equipped with ROPS and Rebekah remained belted in the seat of the mower when it went over the retaining wall, the impact of the front of the mower with ground near the retaining wall would cause Rebekah to flex around the seat belt.

10.   The mower had forward momentum as it landed front-first on the gravel at the base of the retaining wall. This is evidenced by the gravel abrasions on the front of the mower. Had the mower been equipped with ROPS as suggested by the Plaintiffs' expert, Thomas Berry, and Ms. Hillman remained belted throughout the event, she would have been propelled forward and downward into the ground with the mower belted to her hips.

11.   As I explained in my report, that situation would provide a high risk for catastrophic head and/or neck injury, regardless of her degree of forward flexion due to the frontal impact into the ground. I produced the sequence of that motion which I discussed in my deposition. Those

images are included as Group Exhibit 3 attached hereto.

12.     The dark grey-light grey interface in those images represents ground level. Where the human projects below ground level represents a high risk for catastrophic head and/or neck injury.

13.     There is no reason to believe that Rebekah could have counteracted the frontal crash forces and moved backward or sideways beyond a regular seated position to avoid injurious head-to-ground contact.

14.     In their motion, the Plaintiffs reference a photograph (Figure 7 on page 32) of a person sitting on what appears to be a John Deere mower parked on a sidewalk equipped with ROPS. Based on that single photograph, the Plaintiffs conclude in their motion that actual testing demonstrates that actual people in actual mower accidents equipped with ROPS can and do move to the side or rearward to prevent head injuries or other serious injuries.

15.     I have seen no evidence of such testing or related data from the Plaintiffs or any of their experts in this case. No evidence, in this case, supports a claim that Rebekah could have avoided a serious head and/or neck injury in this incident even if the mower was equipped with the ROPS proposed by Plaintiffs' expert Thomas Berry and she remained belted to the mower when it struck the ground below the retaining wall.

16.     The Plaintiffs are critical of my work in this case because I did not perform simulated crash testing. However, conducting tests similar to this incident – rolling a mower over a 6-foot retaining wall with a person belted to a mower with ROPS – would be dangerous and unethical. Alternatively, I performed a virtual inspection and demonstration using a three-dimensional, anthropometrically matched human model and a model based on a three-dimensional scan of the subject mower with a roll bar virtually installed. As explained in detail in my report

and my deposition, this allowed me to simulate the incident accurately without the risk of bodily

harm and to reach my opinions to a reasonable degree of medical and scientific certainty.

17.    I hold all opinions expressed in this affidavit and in my report within a reasonable

degree of scientific certainty.

FURTHER AFFIANT SAYETH NAUGHT.

DATE:  November 27, 2023

_____
Dr. Lisa Gwin

STATE OF TEXAS            §
                         §
COUNTY OF BEXAR          §

Subscribed and sworn to before me, the undersigned authority, on this the 27th day of
November 2023, to certify which witness my hand and official seal.

**Collin Shaddy** Digitally signed by Collin
Shaddy
Date: 2023.11.27 12:15:54
-06'00'

SEAL

_____
Notary Public in and for the State of Texas

My commission expires:  03/18/2026

---



# LISA P. GWIN, DO, BSEE, BSN

## CURRICULUM VITAE

### EDUCATION

| | | |
|---|---|---|
| DO | Arizona College of Osteopathic Medicine<br>Glendale, Arizona | 2003 |
| BS | Nursing, Wayne State University<br>Detroit, Michigan | 1995 |
| BS | Electrical Engineering, Illinois Institute of Technology<br>Chicago, Illinois | 1987 |

### POST GRADUATE MEDICAL TRAINING

Resident, Emergency Medicine                              2006
University of Kentucky
Lexington, Kentucky

### PROFESSIONAL EXPERIENCE

Consultant                                                    2012-Present
Biodynamic Research Corporation
San Antonio, Texas

Independent Contractor Telemedicine Physician     March-April 2020
Doctor on Demand

Assistant Clinical Professor                          May 2016-Present
University of the Incarnate Word School of
   Osteopathic Medicine
San Antonio, Texas

Emergency Physician                                      2006-2012
Powell Valley Hospital
Powell, Wyoming

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

Exhibit F-1

TORO-GWIN_00004455

**_Locum tenens_ Emergency Physician Positions**

| | |
|---|---|
| De Tar Hospital Navarro<br>Victoria, Texas | 2015-2016 |
| Peterson Regional Medical Center<br>Kerrville, Texas | 2012-2016 |
| North Big Horn Hospital<br>Lovell, Wyoming | 2011-2012 |
| Campbell County Memorial Hospital<br>Gillette, Wyoming | 2011-2012 |
| Carbon County Memorial Hospital<br>Rawlins, Wyoming | 2011-2012 |
| Phoenix Indian Medical Center<br>Phoenix, Arizona | 2011-2012 |
| Crow/Northern Cheyenne Indian Health Service<br>Crow Agency, Montana | 2006-2008 |
| Marshall Emergency Services Associates<br>Lexington, Kentucky | 2005-2006 |
| Rockcastle County Hospital<br>Mt. Vernon, Kentucky | 2004-2006 |

**Emergency Nurse Positions**

| | |
|---|---|
| Arrowhead Community Hospital<br>Glendale, Arizona | 1999-2003 |
| Whiteriver Indian Health Services Hospital<br>Whiteriver, Arizona | 1998-1999 |
| Navapache Regional Medical Center<br>Show Low, Arizona | 1996-1998 |
| Emergency Technician<br>Detroit Receiving Hospital<br>Detroit, Michigan | 1994-1995 |

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

LISA P. GWIN, DO, BSEE
Curriculum Vitae
Page 2 of 6
May 2023
2B - 2

TORO-GWIN_00004456

| Volunteer Firefighter/EMT<br>Rockwood, Michigan<br>Brownstown, Michigan | 1989-1992 |
|---|---|
| EMT<br>Emergency Medical Transport Service<br>Monroe, Michigan | 1989-1991 |
| Automotive Test and Development Engineer<br>Ford Motor Company<br>Dearborn, Michigan | 1987-1993 |

## PROFESSIONAL REGISTRATION

| | | |
|---|---|---|
| Emergency Licensure for COVID-19<br>    Delaware, Florida, Iowa, Idaho, New York | | 2020 |
| Certified Fire/Arson Investigator | | 2016-2018 |
| Accreditation Commission for Traffic Accident<br>    Reconstruction (ACTAR #2623) | | 2014-Present |
| Medical Licensure | Colorado<br>Texas<br>Montana<br>Wyoming | 2021-Present<br>2012-Present<br>2011-Present<br>2006-Present |
| American Board of Emergency Medicine – Board Certified | | 2008-Present |
| Advanced Burn Life Support | | 2007-Present |
| Advanced Trauma Life Support | | 2003-Present |
| Advanced Cardiac Life Support | | 1996-Present |
| Pediatric Advanced Life Support | | 1996-Present |
| Basic Life Support | | 1988-Present |

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

LISA P. GWIN, DO, BSEE
Curriculum Vitae
Page 3 of 6
May 2023
2B - 3

Exhibit F-1

TORO-GWIN_00004457

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| National Association of EMS Physicians | 2023-Present |
| American Society of Mechanical Engineers | 2022-Present |
| American Academy of Emergency Medicine Legal Committee | 2020-Present |
| Biomedical Engineering Society | 2016-Present |
| Society of Automotive Engineers | 2013-Present |
| Association for the Advancement of Automotive Medicine AIS Content Subcommittee | 2012-Present 2018-Present |
| American College of Emergency Physicians, Fellow | 2009-Present |
| American Academy of Emergency Medicine, Fellow | 2009-Present |

## VOLUNTEER POSITIONS

| | |
|---|---|
| Fort Collins Professional Women for Good Founding Member Fort Collins, Colorado | 2023-Present |
| Founding Member Volunteer Resources Team End of Life Options Colorado | 2022-Present |
| Physician/Sawyer Team Rubicon International | 2020-Present |
| Physician Crossroads Healthcare Clinic Cheyenne, Wyoming | 2017-Present |
| Physician Acacia Medical Mission Spring Branch, Texas | 2014-2016 |
| Preceptor Texas Tech University | 2014-2016 |

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

LISA P. GWIN, DO, BSEE
Curriculum Vitae
Page 4 of 6
May 2023
2B - 4

Exhibit F-1

TORO-GWIN_00004458

| | |
|---|---|
| Oral Board Review Course Instructor<br>American Academy of Emergency Medicine<br>Various Locations | 2009-Present |
| Board of Directors<br>Yellowstone Behavioral Health Center<br>Cody, Wyoming | 2009-2012 |
| Physician<br>Heart Mountain Volunteer Medical Clinic<br>Powell, Wyoming | 2008-2012 |
| Medical Director, Trauma Committee<br>Powell Valley Hospital<br>Powell, Wyoming | 2007-2010 |

## PUBLICATIONS

Martinez, J, Germane A, Watson R, Gwin L.  Exit Time Differences Between Gated and Open Operator Compartments in Stand-Up End-Controlled Lift Trucks with an Examination of Injury Potential in Tip-Over and Off-Dock Incidents.  Proceedings of the ASME 2022 International Mechanical Engineering Congress and Exposition. 2022.

Bonugli, E., Greenston, M., Scott, W., Folley, A. et al., "Human Subject Kinematic Response to Low-Speed Sideswipes Involving a Truck Trailer," SAE Technical Paper 2021-01-5043, 2021, https://doi.org/10.4271/2021-01-5043.

Cormier, J., Gwin, L., Reinhart, L., Wood, R., & Bain, C. (2018). A comprehensive review of low-speed rear impact volunteer studies and a comparison to real-world outcomes. Spine, 43(18), 1250.

Guzman H; Barraza A; Bonugli E; Reinhart L and Gwin L.  Comparison of lumbar spine acceleration profiles of everyday activities and examination of their frequency content.  *41st Annual Meeting of the American Society of Biomechanics*. 2017.

Germane AG; Freund MA; Gwin LP; McNish TM; Scott WR; Day CM, and Bain CE. Technology in the courtroom. Curran J and Meaders K, eds. IN: *Expert Witnesses: Motor Vehicle and Accident Reconstruction Cases, 2016-2017 Edition*.  Thomson Reuters; 2016; pp. 1073-1094.

Gwin LP; Guzman H; Bonugli E; Scott W, and Freund M.  Measurement of Tolerable and Non-Injurious Levels of Back-to-Front Whole Body Accelerations. *SAE Technical Paper*.  SAE # 2014-01-0492.  2014.

Bonugli E; Wirth J; Funk J; Cormier J; Guzman H; Gwin L, and Freund M. Characterization of Force Deflection Properties for Vehicular Bumper-to-Bumper Interactions. *SAE Int J Trans Safety*.  SAE #2014-01-0482.  2014; 2(1):doi:10.4271/2014-01-0482.

Martin J and Gwin L.  The multiply injured patient.  Stone CK and Humphries RL.  IN: *Current Diagnosis & Treatment: Emergency Medicine, 6th ed.*  New York:  McGraw Hill; 2007; pp. 167-180.

Wood IO; Krommenhoek A; Velasco L; Russ R; Nieto JM; Wallace ES; Gwin L; Bay RC; Butler K; Ingall TJ; Tiffany BR, and Lipinski CA. Emergency Department Management of Acute Stroke Patients: Presence and Absence of Stroke Teams [abstract]. *Acad Emerg Med,* 2002; 9(5):412.

A Comparative Evaluation of Onboard Refueling Vapor Recovery Fuel Fill Pipe Seal Systems.  1990 Society of Automotive Engineers International Congress & Exposition.

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

LISA P. GWIN, DO, BSEE
Curriculum Vitae
Page 6 of 6
May 2023
2B - 6

TORO-GWIN_00004460



ANALYZING HOW INJURIES ARE CAUSED™

May 8, 2023

Mr. Kirk Florence
2001 Ross Avenue
Suite 4400
Dallas, TX 75201

Re:   **Hillman, Rebekah et al vs. TORO**

Dear Mr. Florence:

Per your request, I am submitting this report regarding my opinions to date in the above referenced matter. The purpose of this report is to set forth my general qualifications and opinions to date of the injury mechanisms and injury causation involved in this incident based upon a biomechanical assessment of the incident scenario.

My education includes degrees in both engineering and medicine. I received a Bachelor of Science degree (Electrical Engineering) from Illinois Institute of Technology in 1987. In pursuit of that degree, I studied the sciences, including physics, chemistry, mathematics, metallurgy, statics, dynamics, and thermodynamics. I have a Bachelor of Science degree in Nursing (summa cum laude). Studies included all aspects of nursing care, including emergency nursing. I attended medical school at Midwestern University, and graduated in the top ten percent of my class. During the first two years of medical school, in addition to clinical medicine, I studied anatomy in the cadaver lab, physiology, biochemistry, psychology, and pathology. I completed core rotations in subjects such as internal medicine, pediatrics, cardiology, and surgery. There was also ample time for electives, and my choices included trauma and medical intensive care, emergency medicine, neurology, pathology in the county coroner's office, and radiology.

My professional career includes working at Ford Motor Company for six years as a test engineer and a fuel systems development engineer. During my training program at Ford, I worked on cars, light trucks, and heavy trucks. I was involved in exhaust and evaporative emissions testing, durability testing with stress and strain measurements on various structural and body components, and heavy truck performance and durability testing. After my training program, I was recruited by the truck division, and worked as a fuel systems development engineer. I was responsible for fuel system components in all current and past F-series light trucks and Econoline vans. I resolved assembly plant, customer and dealership concerns throughout North and Central America. I coordinated a safety campaign involving the recall of 1.5 million trucks to correct a fuel system concern.

2A - 1

Exhibit F-2

TORO-GWIN_00000010

Mr. Kirk Florence
May 8, 2023
Page 2

During my career at Ford, I sought training as an emergency medical technician, and became a nationally registered EMT. I worked part time on weekends providing emergency care to the sick and injured. I also volunteered for my local fire department as a fire fighter/EMT, where I received training and experience with firefighting and vehicle extrication procedures to augment my patient care activities. In 2016, I became certified as a Fire/Arson Investigator.

During my eight years as a registered nurse, I worked in rural, reservation, and urban emergency departments. I achieved certification in emergency nursing. I pursued additional training in forensic nursing, and acted as my department's sexual assault examiner and domestic violence advocate.

I am board certified in emergency medicine after completing an emergency medicine residency in 2006 at the University of Kentucky. The vast majority of the three-year program was spent caring for patients in the emergency department, but I also had rotations in trauma and surgical intensive care, pediatrics and pediatric intensive care, internal medicine, obstetrics, orthopedic surgery, air medical transport, and EMS. During the last two years of residency, I worked in several rural emergency departments as the sole physician. I was also part of the team of physicians who provided emergency medical care at Kentucky Speedway. As my academic project, I co-authored a book chapter on the care of trauma patients.

After residency, I worked for six years at a rural emergency department in Wyoming. There were few resources or specialists, and I cared for all patients with very little support. I acted as medical director for the trauma service, evaluating and improving the care provided for all serious trauma patients seen in the ER. Additionally, I worked part time at a rural Indian Health Service emergency department in Montana, an urban Indian Health Service emergency department in Phoenix, two other rural Wyoming ERs, and a larger community Wyoming ER. Since 2008, I have been volunteering my medical expertise at clinics for the uninsured. Upon joining BRC, I continued working part time as an emergency physician. Since 2009, I have been volunteering as an examiner for the American Academy of Emergency Medicine Oral Board Review Course. I am also an Assistant Clinical Professor at the University of the Incarnate Word medical school.

Over the course of my thirty-year career as an emergency provider, I have directly cared for thousands of trauma patients with neurological, orthopedic, cardiopulmonary, and abdominal injuries, some fatal, some life and limb-threatening, and some minor.

I am currently licensed to practice medicine in Texas, Wyoming, Colorado, and Montana. I am a Fellow of the American College of Emergency Physicians and the American Academy of Emergency Medicine. I hold certifications in Trauma, Cardiac, Burn, and Pediatric Life Support.

I am currently employed as a consultant in the field of biomechanics. In addition to my training and experience as a physician and automotive engineer, I have been trained in accident reconstruction and am certified by ACTAR. I am involved in current research efforts involving the accelerations experienced by people in everyday activities. I have co-authored papers regarding whole body accelerations, crash reconstruction, lumbar accelerations in everyday

2A - 2

**Exhibit F-2**

TORO-GWIN_00000011

Mr. Kirk Florence
May 8, 2023
Page 3

activities, head accelerations in low-speed rear end collisions, the risk of injury in low-speed rear end impacts, and the risk of injury in lift truck off-dock and tip-over events.

My professional background is documented in the attached copy of my curriculum vitae. My testifying history is documented in the attached document. My time is billed by Biodynamic Research Corporation at $550 per hour.

During the course of my study of this matter, I have had access to the following items:

- Expert Reports of:
    Dale Berry, CP, FAAOP, LP – Prosthetic Life Cost Projection
    David J. Bilek, P.E. – Accident Analysis/Reconstruction
    Thomas A. Berry, P.E. – Mechanical Engineer
    Kelly B. Kennett, MS – Biomechanical Engineer
    Shelly Kinney, MSN, RN, CCM, CNLCP – Life Care Plan;
- Various Pleadings & Discovery;
- Depositions of:
    Jennifer Hillman w/Exhibits – Vol. I & II
    Matt Karam, M.D., w/Exhibits
    Tim Fowler, M.D., w/Exhibits
    Carol Drutowski
    Todd Porter w/Exhibit;
- 1 Color Photograph of Mower;
- 2 Color Photographs of Site;
- 66 Color Photographs of Site;
- 1 Color Photograph of Lawnmower in Hangar;
- 176 Digital Color Photographs of Site;
- 7 Color Photographs of TimeCutter® SS 5000 Riding Mower;
- 4 Color Photographs of Site;
- 1 Color Photograph of John Deere 3038E Tractor;
- 2 Color Photographs of TimeCutter® SS 5000 Riding Mower;
- 6 Color Photographs of Site;
- 1 Color Photograph of Tow Strap;
- 15 Color Photographs of Site;
- 15 Color Photographs of TimeCutter® SS 5000 Riding Mower;
- 5 Color Photographs of Home Modifications Post-Incident;
- 80 Color Photographs of Rebekah Hillman's Injuries;
- Interview Video of Jennifer Hillman at Site;
- Shortened Interview Video of Jennifer Hillman at Site;
- Video of A Day in the Life of Rebekah Hillman;
- 4 Videos of Rebekah Hillman's Injuries Post-Op;
- 2 Test Videos of TimeCutter® SS 5000 Riding Mower;

2A - 3

Exhibit F-2

TORO-GWIN_00000012

Mr. Kirk Florence
May 8, 2023
Page 4

- Download Containing Legal, Photographs, Video, Drone Survey Data of Property, Scans, Medical, Imaging, Test Video and Drone Photographs;
- Aerial Drone Survey Scans, Models, by David J. Bilek, P.E. – Mechanical Systems analysis, Inc.;
- TimeCutter® SS 4235, 4260, 5000, or 5060 Riding Mower Operator's Manual;
- American National Standard Safety Specifications; and
- Medical Records of Rebekah Hillman from:
  - Genesis Ambulance Service
  - Quad City Helicopter EMS/Medforce Air Medical Transport
  - University of Iowa Hospitals & Clinics
  - American Prosthetics & Orthotics
  - Genesis VNA Illinois
  - Genesis Medical Center/Genesis Health Plex
  - Billing Records from Various Providers
  - University of Iowa Health Care.

I have arrived at the following opinions, based upon a reasonable degree of medical and scientific certainty:

**INCIDENT**

On June 18, 2020 Ms. Rebekah Hillman, age 50, was operating a Toro TimeCutter SS 5000 at her home in Colona, Illinois. Reportedly, the mower became stuck in the decorative planter near the retaining wall. She and her wife, Ms. Jennifer Hillman, used a tow strap and tractor to pull the mower out of the planter. Then Ms. Rebekah Hillman restarted the mower to begin mowing. The mower travelled down the hill toward the retaining wall, and Ms. Hillman reported she was unable to stop the mower. She jumped off the mower. Both she and the mower went off the retaining wall, and the mower landed on Ms. Hillman.

2A - 4

Exhibit F-2

TORO-GWIN_00000013

Mr. Kirk Florence
May 8, 2023
Page 5

In her **November 17, 2022 deposition, Ms. Rebekah Hillman** testified that on the date of the subject incident, she was mowing the area above the retaining wall; Jennifer was picking weeds. The left front wheel went into the planter area and "the side" of the mower slid in. She got off the TimeCutter and waited for Jennifer. Jennifer determined it would be best to use their John Deere tractor to tow the mower and Jennifer towed it out of the planter area. She helped attach the tow strap to the mower and Jennifer towed it out of the planter area. She recalled getting back on the mower. "…I started it up. I pulled the levers inbound and pushed forward to go, and it started rolling. And I wanted to turn it; I couldn't turn. I'm like, I pulled the levers outboard to stop; it wouldn't stop. I pulled them back in, to go – try to reverse. I pulled them out. I tried to turn and then I seen the wall coming and… and I was thinking to myself, I'm going to have to jump…I remember throwing the levers out. The next thing I know, it was dark…" She did not know where Jennifer was at the time, but recalled screaming and Jennifer came to her.

In her **November 16 and 17, 2022 depositions, Ms. Jennifer Hillman** testified that she was the wife of Ms. Rebekah "Bekah" Hillman. On the date of the subject incident, Bekah was mowing; Jennifer was pulling weeds around the house. Jennifer was "dumping weeds" while Bekah mowed and was not paying attention when the mower got stuck in the "bed" area. "She had asked me to come up and pull the mower out with the can-am." Jennifer explained to Bekah that it was because of the hump of the flower bed that they needed to use another vehicle, their John Deere, to tow the Toro out of the flower bed. Jennifer went and retrieved the John Deere tractor and returned. A tow strap was used to remove the mower from the flower bed. "I hooked the strap to the zero turn and pulled the pins. I put the key in the run position and pulled the levers in to unlock the electric brake." The engine of the mower was not running. "I had just turned it to the run position." Jennifer put the John Deere in reverse and towed the mower out of the flower bed to the "flat part" of the yard, approximately 40 feet or more from the flower bed, and stopped. Rebekah stood clear during the process. "I put the tractor in park, and Bekah came up and unhooked the strap. The mower was not running, the bypass pins were still in bypass mode, the levers were in neutral position. The mower was perpendicular to the wall. After Jennifer got off the John Deere, she recalled moving the levers "out to the park brake position…the outward position." And then I went back to the John Deere, and she got on the TimeCutter. I got on the John Deere tractor and went to start it up, and she started the TimeCutter. She pulled the levers in…and it stared to roll." Jennifer observed Rebekah move the levers "in" and the slope "was enough that it just started rolling on its own". The mower was pointed directly towards the wall. Jennifer stated, "When she started it and pulled the levers in, it would have released the electric brake. I realized at that moment that it was still in bypass mode. So I started screaming at her to put it in park, to put the levers outward. I was watching her push the levers outward. The machine made a weird sound, but it would not stop. I don't know if she heard me or didn't hear me. I just know that I was screaming it. She was pushing them, pulling them backwards, pushing them outwards." The mower rolled straight down toward the wall. "It went straight till it hit the wall. Once it hit the wall, one wheel went off the lower end, one wheel went off the top end, so it went towards the left. Once it hit the flower bed, it – it picked up speed a lot." As the mower went over the wall, two bricks got knocked off of the wall and into the "lower area". "I didn't see it hit the ground. When I saw her pulling those out and continually putting them in the outward position, and it wouldn't stop, I started screaming for her to jump." Rebekah jumped "at some point". "I think it was about

Exhibit F-2

TORO-GWIN_00000014

Mr. Kirk Florence
May 8, 2023
Page 6

to go over the wall, or going over the wall, when she jumped…towards the left." Jennifer could not see Rebekah land. The mower was positioned upside down and the front of it was facing toward the retaining wall. "It was pretty perpendicular, maybe a little bit to the left." "The whole mower as upside down over her legs. Her left side was on the ground." Both of her legs were under the mower. "I would say from about hip to mid-thigh, everything was under the mower." Ms. Jennifer Hillman then rolled the mower off of Bekah towards the bench and fire pit.

## MEDICAL

According to her medical records, Ms. Hillman's acute injuries included left forearm abrasions, right lateral tibial plateau fracture, left leg crushing injury, left fibular head fracture, open left distal tibia and fibula fractures, left lateral talus fracture, nearly circumferential left lower leg wound which was grossly contaminated with grass, dirt, and gravel. Ms. Hillman's height and weight at the time of the subject incident were 5' 5" and 207 pounds, respectively.

## RADIOLOGY

On April 3. 2023, I reviewed Ms. Hillman's imaging studies with Dr. Cynthia Day, a board-certified radiologist. Injuries were confirmed. Please see Dr. Day's report for further detail.

## PHOTOGRAPHIC ANALYSIS

Photographs of the scene demonstrated the retaining wall in the area of the incident, as well as the mower on the gravel near its point of rest. There was blood staining on the gravel. Photographs of Ms. Hillman's left lower extremity demonstrated the wound to be located on her anterior ankle in a mostly horizontal orientation, on her lateral leg mostly in a vertical orientation, and on her medial leg in a diagonal orientation.

## MOWER INSPECTION

On November 3, 2022, I inspected the subject mower. There were scuffs and gouges on the left side of the mower. There was scuffing on the left top corner of the seat. The left motion control lever was deformed outboard. There were diagonally-oriented and curvilinear abrasions consistent with gravel contact on the front left of the mower.

## INCIDENT RECONSTRUCTION

According to the reconstruction of Mr. Enrique Bonugli, Ms. Rebekah Hillman attempted to resume mowing on a downward slope of approximately 9.5 degrees with the mower facing the approximately 5.5-foot retaining wall. At that time, the bypass levers were still engaged. In order to begin motion, a motive force was applied to the rear of the mower while stationary. Without that force, had the mower initiated movement, the mower would have stopped through application of the brake. Ms. Rebekah Hillman jumped off the mower and moved in front of it, misstepped,

Exhibit F-2

TORO-GWIN_00000015

Mr. Kirk Florence
May 8, 2023
Page 7

and fell to the ground below the retaining wall.  The mower projected off the retaining wall with its left front leading.

## EXEMPLAR-SURROGATE MODELING

I conducted an exemplar-surrogate modeling demonstration using a three-dimensional model of the subject mower and a three-dimensional surrogate matched to Ms. Hillman (Diffrient, Peebles). The Roll Over Protection System (ROPS) seen in Mr. Thomas Berry's report was modelled using photogrammetry, then added to the model of the subject mower.  I used the models to analyze Ms. Hillman's injury outcome if the mower had been equipped with a ROPS, she utilized the seat belt, and she remained belted throughout the incident.

## OCCUPANT KINEMATICS

Occupant kinematics for Ms. Hillman during the subject incident were determined using the reviewed materials, the incident reconstruction, the subject mower inspection, the radiology review, the exemplar surrogate modeling demonstration, current literature, and the laws of physics. Newton's first law of motion states an object in motion will remain in motion at a constant speed and direction until acted upon by a force (Young).  When Ms. Hillman jumped off the mower, she had the same speed and direction as the mower did.  The ground, of course, had no velocity, so it is likely that Ms. Hillman stumbled due to the speed difference.  In order to get in front of the mower, which she had to be in order to land under the mower, she had to jump off the mower prior to the time the mower was at the edge of the retaining wall.  Ms. Hillman landed on the gravel before the mower did.  She was likely in a lying position when the mower landed.

2A - 7

Exhibit F-2

TORO-GWIN_00000016

Mr. Kirk Florence
May 8, 2023
Page 8

Had the mower been equipped with a ROPS, as proposed by Mr. Thomas Berry, and Ms. Hillman utilized the seat belt, and remained belted on the mower, she would have experienced essentially a frontal crash with the ground. This would have caused her to flex around the seat belt (Beeman 2012, Bready, Fricke). The mower would have continued its pitch over and her head would have interacted with the ground (Figure 1).



**Figure 1**

## INJURY CAUSATION

The mechanism of Ms. Hillman's reported injuries was determined using the reviewed materials, the incident reconstruction, the subject mower inspection, the radiology review, the exemplar surrogate modeling demonstration, current literature, and the laws of physics. The mechanism of Ms. Hillman's right lateral tibial plateau fracture was vertical loading and valgus stress (Bengtzen, Cole, Fenton, Funk, Glaspy, Honkonen, Kennedy, Markhardt, Marsh, Najarian, Pallin, Schatzker 1979, Schatzker 2005, Schulak). It is possible this injury occurred as she jumped off the mower, but more likely it occurred as she landed on the gravel area at the base of the retaining wall.

Ms. Hillman's constellation of left lower extremity injuries occurred as a result of interaction with the mower, likely the front of the machine as the mower landed on the ground at the base of the retaining wall (Rose, Weiers). The interaction cut the skin of her lower leg and fractured the underlying bones (Mayersak, Omer).

Had the subject mower been equipped with a ROPS, as proposed by Mr. Thomas Berry, Ms. Hillman's injury outcome would have been the same or even worse. Had she jumped off the mower, as she did in the subject incident, her injury outcome would have remained the same. Had she utilized the seat belt and remained belted throughout the incident, her injuries would likely have been worse, including catastrophic head and neck injuries as demonstrated in Figure 1 above (Go, Kaji, Papa, Wright).

2A - 8

Exhibit F-2

TORO-GWIN_00000017

Mr. Kirk Florence
May 8, 2023
Page 9

**<u>CONCLUSIONS</u>**

- Ms. Hillman jumped off the mower and got in front of it prior to the mower projecting off the retaining wall.
- She landed on the gravel before the mower did.
- It is possible her right tibial plateau fracture occurred while jumping off the mower, but it is more likely that her right tibial plateau fracture occurred while landing on the ground at the base of the retaining wall.
- Her left leg injuries likely occurred as a result of interaction with the mower.
- Had the mower been equipped with ROPS, Ms. Hillman could have either not used the seat belt or unbuckled the seat belt, and jumped off the mower, resulting in the same injury outcome.
- Had the mower been equipped with ROPS, as proposed by Mr. Thomas Berry, and she remained belted throughout the event, her injury outcome would likely have been worse than in the subject incident.

As additional information is made available to me or as new facts are uncovered during the investigation and discovery process, my professional opinions may change to reflect the newfound information. The opinions expressed herein, to a reasonable degree of medical and scientific certainty, however, are current and accurately reflect my conclusions based upon the information reviewed and the analysis performed as of this date.

Should you require additional information, please do not hesitate to contact me.

Sincerely,

*Lisa P Gwin*

Lisa P. Gwin, D.O., B.S.E.E.

Attachments: Radiology Report
Curriculum Vitae
Testifying History
Rate Schedule

2A - 9

Exhibit F-2

TORO-GWIN_00000018

Mr. Kirk Florence
May 8, 2023
Page 10

### *Bibliography*
### *Hillman, Rebekah et al vs. TORO*

*NOTE: This bibliography provides citations that can be used to locate papers and textbooks which are equally accessible to any party. These articles are covered by copyright and are the property of the copyright holder. Our retained copyright attorney has advised that the reproduction and/or distribution of copyrighted materials without the permission of the copyright holder constitutes copyright infringement and would therefore open BRC to liability for this infringement. We have further been advised by our attorney that there is no litigation exception to the copyright law. BRC currently pays a copyright fee which allows its staff and employees to use these materials; however, if they are produced, copied, or transferred to any individual outside of BRC, we are required to pay an additional fee. This fee does not go to BRC, but is collected directly by the copyright clearinghouse. The current fee averages $60.00 per paper. The cost per paper may be lower or higher depending on the cost to BRC from the Copyright Clearance Center. Payment in full would be necessary from the requesting party before BRC would retrieve and produce any papers. BRC cannot reproduce any textbooks or excerpts therefrom.*

Representative publications in the scientific fields in which Dr. Gwin will testify.

Beeman, S. M., Kemper, A. R., Madigan, M. L., Franck, C. T., & Loftus, S. C. (2012). Occupant kinematics in low-speed frontal sled tests: Human volunteers, Hybrid III ATD, and PMHS. *Accident Analysis & Prevention*, *47*, 128-139.

Bengtzen R. Knee Injuries. In *Tintinalli's Emergency Medicine: A Comprehensive Study Guide*. 9th Edition. New York: McGraw-Hill, 2020. Pp. 1850-8.

Bready, J. E., Nordhagen, R. P., Perl, T. R., & James. M. B. (2002). *Methods of occupant kinematics analysis in automobile crashes* (No. 2002-01-0536). SAE Technical Paper.

Cole P; Levy B; Watson JT, and Schatzker J. Tibial plateau fractures. Browner BD; Levine AM; Jupiter JB ; Trafton PG, and Krettek C. IN: *Skeletal Trauma: Basic Science, Management and Reconstruction, 4th ed*. Philadelphia: W.B. Saunders; 2009; pp. 2201-2287.

Diffrient, Niels, Alvin R. Tilley, and Joan C. Bardagjy. *Humanscale 1/2/3: a portfolio of information*. Vol. 1. MIT Press, 1974.

Fenton, P., & Porter, K. (2011). Tibial plateau fractures: A review. *Trauma*, *13*(3), 181-187.

Fricke L. (2010). *Traffic Crash Reconstruction* (2nd ed). Evanston, IL: Northwestern University Center for Public Safety.

2A - 10

Exhibit F-2

TORO-GWIN_00000019

Mr. Kirk Florence
May 8, 2023
Page 11

Funk, J. R., Tourret, L. J., & Crandall, J. R. (2000). Experimentally produced tibial plateau fractures. In *International IROCBI Conference on the Biomechanics of Impact, Montpellier, France* (pp. 171-182).

Glaspy JN, Steele MT. Knee Injuries. IN *Tintinalli's Emergency Medicine: A Comprehensive Study Guide.* New York: McGraw-Hill, 2011. Pp. 1856 – 64.

Go S. Spine Trauma. In *Tintinalli's Emergency Medicine: A Comprehensive Study Guide.* 9th Edition. New York: McGraw-Hill, 2020. Pp. 1696-1714.

Honkonen, S. E., & Jarvinen, M. J. (1992). Classification of fractures of the tibial condyles. *The Journal of bone and joint surgery. British volume*, 74(6), 840-847.

Kaji AH, Hockberger RS. Spinal Injuries. In *Rosen's Emergency Medicine: Concepts and Clinical Practice.* 9th Edition. Philadelphia: Elsevier, 2018. Pp. 345-71.

Kennedy, J. C., & Bailey, W. H. (1968). Experimental tibial-plateau fractures: studies of the mechanism and a classification. *JBJS, 50*(8), 1522-1534.

Markhardt, B. K., Gross, J. M., & Monu, J. (2009). Schatzker classification of tibial plateau fractures: use of CT and MR imaging improves assessment. *Radiographics, 29*(2), 585-597.

Marsh JL. Tibial plateau fractures. Bucholz RW; Heckman JD; Court-Brown CM, and Tornetta P, III ed. IN: *Rockwood and Green's Fractures in Adults, 7th ed.* Philadelphia: Lippencott Williams & Wilkins; 2010; pp. 1780-1831.

Mayersak RJ. Initial Evaluation and Management of Orthopedic Injuries. In In *Tintinalli's Emergency Medicine: A Comprehensive Study Guide.* 9th Edition. New York: McGraw-Hill, 2020. Pp. 1767-82.

Najarian SL. Knee and leg injuries. Cline DM; Ma OJ; Cydulka RK; Meckler GD; Thomas SH, and Handel DA. IN: *Tintinalli's Emergency Medicine Manual, 7th ed.* New York: McGraw-Hill Medical; 2012; pp. 867-870.

Omer T, Santiago-Martinez, M. Ankle Injuries. In *Tintinalli's Emergency Medicine: A Comprehensive Study Guide.* 9th Edition. New York: McGraw-Hill, 2020. Pp. 1862-70.

Pallin DJ. Knee and Lower Leg. In *Rosen's Emergency Medicine: Concepts and Clinical Practice.* 9th Edition. Philadelphia: Elsevier, 2018. Pp. 614-33.

Papa L, Goldberg SA. Head Trauma. In *Rosen's Emergency Medicine: Concepts and Clinical Practice.* 9th Edition. Philadelphia: Elsevier, 2018. Pp. 301-29.

2A - 11

Exhibit F-2

TORO-GWIN_00000020

Mr. Kirk Florence
May 8, 2023
Page 12

Peebles, Laura, and Beverley Norris. *Adultdata: The Handbook of Adult Anthropometric and Strength Measurements: Data for Design Safety*. London: Dept. of Trade and Industry, 1998.

Rose NGW, Green TJ. Ankle and Foot. In *Rosen's Emergency Medicine: Concepts and Clinical Practice*. 9th Edition. Philadelphia: Elsevier, 2018. Pp. 634-58.

Schatzker J; McBroom R, and Bruce D. The tibial plateau fracture: The Toronto experience 1968-1975. *Clin Orthop Relat Res*. 1979; 138:94-104.

Schatzker, J. (2005). Fractures of the tibial plateau. In *The rationale of operative fracture care* (pp. 447-469). Springer, Berlin, Heidelberg.

Schulak DJ and Gunn DR. Fractures of the tibial plateaus: A review of the literature. *Clin Orthop Relat Res*. 1975; 109:167-177.

Weiers AK, Haller P. Leg Injuries. In *Tintinalli's Emergency Medicine: A Comprehensive Study Guide*. 9th Edition. New York: McGraw-Hill, 2020. Pp. 1859-62.

Wright DW, Merck LH. Head Trauma. In *Tintinalli's Emergency Medicine: A Comprehensive Study Guide*. 9th Edition. New York: McGraw-Hill, 2020. Pp. 1683-95.

Young HD. *Fundamentals of Mechanics and Heat*. New York: McGraw-Hill; 1964.

2A - 12

Exhibit F-2

TORO-GWIN_00000021

The opinions expressed herein are current and accurately reflect my conclusions based upon the imaging studies reviewed as of this date. As additional studies are made available to me, my professional opinion may change to reflect the newfound information. Should you require additional information, please do not hesitate to contact me.

Studies were performed at University of Iowa Hospital & Clinics (**UIH**)

**X-Ray – Chest (UIH):**
06/18/2020: Frontal view of the chest demonstrates no acute traumatic findings. Right midlung calcified granuloma incidentally noted.

**X-Ray – Pelvis (UIH):**
06/18/2020: Frontal view of the pelvis demonstrates no acute traumatic findings. Bilateral pelvic phleboliths incidentally noted.

**X-Ray – Left Femur (UIH):**
06/18/2020: Examination includes frontal and cross table lateral views of the left femur. No fracture, dislocation, or radiopaque soft tissue foreign bodies.

**X-Ray – Both Knees (UIH):**
06/18/2020: Examination includes frontal and lateral views of both knees.
- Right Knee: Depressed lateral tibia plateau fracture with associated lipohemarthrosis. No radiopaque soft tissue foreign bodies. Mild degenerative changes.
- Left Knee: Fibular head/neck fracture. No dislocation, joint effusion, or radiopaque soft tissue foreign bodies. Mild degenerative changes.

**CT – Knees (UIH):**
06/18/2020: Examination includes frontal and lateral scout images and multiple axial images of both knees in soft tissue and bone windows. Coronal and sagittal reformatted images were also provided.
- Right Knee: Comminuted intraarticular fracture of the lateral tibia plateau with depressed central fragment and associated lipohemarthrosis. Fracture extends into the tibiofibular joint. No radiopaque soft tissue foreign bodies. Mild degenerative changes.
- Left Knee: Comminuted fibular head/neck fracture. No dislocation, joint effusion, or radiopaque soft tissue foreign bodies. Mild degenerative changes.

2A - 13

Exhibit F-2

TORO-GWIN_00000022

**X-Ray – Left Tibia/Fibula (UIH):**
06/18/2020: Examination includes frontal and cross table lateral views of the left tibia/fibula. Open, comminuted fractures of the distal tibia/fibula demonstrate full-shaft width lateral displacement of the distal fracture fragments as well as regional radiopaque soft tissue debris. Fibular head/neck fracture again noted.

**X-Ray – Left Ankle (UIH):**
06/18/2020: Examination includes frontal, oblique and lateral views of the left ankle. Open, comminuted fractures of the distal tibia/fibula demonstrate full-shaft width lateral displacement and anterior angulation of the distal fracture fragments. Regional radiopaque soft tissue debris again noted.

**CT – Left Ankle (UIH):**
06/18/2020: Examination includes frontal and lateral scout images and multiple axial images of the left ankle in soft tissue and bone windows. Coronal and sagittal reformatted images as well as 3D reconstructed images were also provided. Comminuted fractures of the distal tibia/fibula demonstrate improved alignment status post interval placement of external fixator. Fracture patterns extend into the tibiotalar joint and tibiofibular syndesmosis. Tiny fracture fragment within the talofibular joint. Tiny avulsion fracture of the lateral talus. Disruption of the ankle mortise suggests neurovascular and ligamentous injuries. Diffuse soft tissue swelling and soft tissue gas. Anterior and lateral soft tissue staples in place.

**IMPRESSION:**

1. **Right Knee:** Comminuted intra-articular fracture of the lateral tibia plateau with depressed central fragment and associated lipohemarthrosis.
2. **Left Knee:** Comminuted fibular head/neck fracture.
3. **Left Ankle:**
   - Open, comminuted intra-articular fractures of the distal tibia/fibula as described in detail above.
   - Tiny avulsion fracture of the lateral talus.

Cynthia M. Day, M.D.
Radiologist

PRELIMINARY IMAGING REPORT

2A - 14

TORO-GWIN_00000023



Exhibit F-3

TORO-GWIN_00001084



37.2"

Exhibit F-3

TORO-GWIN_00001085



Exhibit F-3

TORO-GWIN_00001086



Exhibit F-3

TORO-GWIN_00001087



Exhibit F-3

TORO-GWIN_00001088