1

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

ROCK ISLAND DIVISION

REBEKAH HILLMAN, individually

and as next friend of P.J.H.,

a minor; AND JENNIFER HILLMAN,

            Plaintiffs,

vs.              No. 4:21-cv-04081-SLD-JEH

THE TORO COMPANY, a Corporation,

     Defendant.

THE ZOOM DEPOSITION of LISA GWIN, M.D., called as a witness by the Plaintiffs in the above entitled cause, taken before me, Deanna S. Gabbert, CSR, License #084-002929, a Notary Public in and for the County of Peoria and State of Illinois, on the 17th day of August, A.D., 2023.

52

1   alternative design.  It was figure, I think, 17
2   in his report, and it said that it was a
3   Toro SS5000 with ROPS.  So I presumed that that
4   was his alternative design.
5       So using photogrammetry, I was able to
6   determine the height of the roll bar and then
7   using that height in the photographs from Tom
8   Barry's report, Mr. Martini was able to add the
9   roll bar to the scan model from Mr. Bonugli's
10  scan of the subject mower.
11 Q. Did Mr. Martini help you make some
12    illustrations in the McCall case?
13 A. I don't remember.
14 Q. If the invoices indicate that, would you
15    disagree?
16 A. No.
17 Q. Okay.  Let's -- well, before we leave that
18    subject, let's ask, have you provided -- strike
19    that.
20     Doctor, are you -- do you consider
21    yourself an expert in the design of ROPS?
22 A. No.
23 Q. In forming your opinions and conclusions about

53

1  ROPS and the likelihood of injury to
2  Ms. Hillman if she had been on a Toro
3  TimeCutter with a rollover protective system,
4  did you rely on any information from Toro about
5  ROPS used on any of their mowers?
6      Let me ask a better question.  Maybe it's
7  easier to answer it this way.  Before you
8  formed the opinions and conclusions that you
9  expressed in your report on May 8, 2023, have
10 you reviewed any testing or design history
11 provided by Toro concerning the efficacy of
12 ROPS or design criteria or anything like that?
13 A. Not specifically, but in general I understand
14 the purpose of ROPS and the use of ROPS and why
15 ROPS can be helpful, yes.  That --
16 Q. I'm sorry.  I didn't mean to interrupt you.
17 A. No.  I stopped to take a breath.  It wasn't
18 your fault.
19 Q. Other than the McCall case, which was another
20 case against Toro for failure to equip a
21 TimeCutter with ROPS, how many other cases have
22 you worked on which specifically had an issue
23 of a rollover protective system on a mower or a

54

1       small agricultural tractor or something like
2       that other than McCall?
3    A. Three or four probably.
4    Q. Okay. So of those three or four, are you
5       including McCall?
6    A. No. You said other than McCall.
7    Q. Okay. So in your -- your years at BRC, you
8       believe you have had three or four other cases
9       involving issues regarding the presence or
10      absence of ROPS and whether or not they may
11      have failed to mitigate injuries or something?
12   A. Yes.
13   Q. ROPS issue. I wasn't trying to narrow it too
14      far. So thank you.
15         Can you describe those other cases for me
16      the best you can recall and who was involved?
17   A. Probably not much detail. I'm estimating. But
18      let me look at my testifying history to see if
19      I can find any.
20   Q. That's fine.
21         All right, Doctor. Do you have your
22      testimony list?
23   A. I do, and there wasn't anything but McCall.

Exhibit A-4

100

1 sufficient to tell us specifically how many
2 seconds or parts of a second elapsed between
3 the time the front end hit and then pitched
4 over and came to rest?
5 A. I can't tell you how many milliseconds it is.
6 Q. Milliseconds?  You think it's thousandths of a
7 second?
8 A. Sure.
9 Q. And what do you base that on, how much crash
10 testing have you seen with Toro mowers equipped
11 with ROPS or not equipped with ROPS, either
12 way?
13 A. None.  I'm telling you I can't tell you how
14 many milliseconds it is.
15 Q. Okay.  Thank you.
16 You don't know how long it took for that
17 mower to reach the point of rest from first
18 impact when it was, as you put it, some less
19 than 90 degrees until it came to rest after it
20 pitched over and stopped?
21 A. Right.  I just told you I can't tell you the
22 number of milliseconds, but I don't think
23 anybody would say that it was fast enough for

101

1       Ms. Rebekah Hillman to make some conscious
2       decision to move away from or out of the zone
3       of danger, whatever you want to call it, to
4       move away from getting an injury.
5    Q. Are you finished?
6    A. Yes.
7    Q. Okay.  Let's go to Exhibit 10 - 2.  What is
8       shown in that picture?
9    A. So Mr. Kennett seemed to be confused about my
10      10.1 and said that in my report, I indicated
11      that with that frontal contact that we talked
12      about a moment ago that there would be some
13      kinematic movement forward, flexing over the
14      belt, and so neither he nor I know exactly how
15      much flexing there would be over the belt with
16      a 10 mile an hour Delta V -- frontal Delta V.
17          So 10.3 and 4, I believe are a little bit
18      more and a little bit more flexing over the
19      belt to indicate some potential amount of
20      flexing over the belt.  And then to look at
21      those scenarios in terms of then the
22      pitching -- the further pitching over to the
23      point of rest.