# Tom Grace

| | |
|---|---|
| **From:** | Kayla Henry <KHenry@crowleyprillattorneys.com> |
| **Sent:** | Monday, July 24, 2023 4:21 PM |
| **To:** | Tom Grace; kflorence@kilpatricktownsend.com |
| **Cc:** | jason@schiffmanfirm.com; christina@schiffmanfirm.com; Jonathan Sichtermann; Michael Giacopelli; Wendy L. Scott; bfloyd@kilpatricktownsend.com; Steve Crowley; Andrew Mahoney |
| **Subject:** | Hillman v. The Toro Company |

Good afternoon,

Please see the Dropbox links below to Bilek, Kinney and Kennett's expert files.

https://www.dropbox.com/scl/fo/ni2ibhakm9hdh43pajoyp/h?rlkey=23c3nnmxd1nsnc9rtjyzo72f8&dl=0 – Bilek

https://www.dropbox.com/scl/fo/mg3wa4il22u03ran2popc/h?rlkey=vh1vhdaz61hntlcwfk9kqpkay&dl=0 – Kinney

https://www.dropbox.com/scl/fo/hq9mw1iva4rdx4u713hsw/h?rlkey=0gvsm7j49lddb36kmb5vh7e6i&dl=0 – Kennett

Thank you,

Kayla Henry
Administrative Legal Assistant
khenry@crowleyprillattorneys.com

Crowley & Prill Attorneys
3012 Division Street
Burlington, IA 52601
Tel: 319.753.1330
Fax: 319.752.3934




The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client or work product communication which is privileged and confidential. It may also contain protected health information that is protected by federal law. If you have received this communication in error, please notify us immediately by telephone and destroy (shred) the original message and all attachments. Any review, dissemination, distribution or copying of this message by any person other than the intended recipient(s) or their authorized agents is strictly prohibited. Thank you.

1