August 5, 2020
Examination of the Hillman accident site at the Hillman residence; accident involving a Toro riding lawn mower.
Accident occurred June 18, 2020

With the help of Jennifer, survey flags have been placed along the approximate path of travel of the Toro as it came down the slope, and over the retaining wall. Evidence on the grass and dirt is indistinct at best.

Have used the drone to survey the area. Was going to take a few more photos at a lower altitude, there was apparently a communication issue and the drone crashed while attempting to land. Had a warning earlier about magnetic interference, but the drone was on the driveway with nothing around it, moved it about 20 feet and the warning resolved.

Height of the wall is 68 inches.
The bricks are nominally 8 x 18 inches.
Top layer, the cap bricks, are 3 ¾ x 14 inches.
There are 8 full size bricks then 2 smaller bricks on top in the area where the right side of the Toro went off, and where the left side went off, it is one full size brick less, the height is 61 inches.
Distance to the inside of the brick wall to the exposed dirt is approximately 112 inches measured along the slope.
It is 21 ½ feet from the exposed dirt edge, measured along the path of travel, to the first set of survey flags which is approximately the beginning of the path of travel.
Distance from the center of the tree, on the right side, to the first set of flags is approximately 5 feet.

EXHIBIT 3