

















Exhibit A-9







Exhibit A-12





































Exhibit A-30