Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Rebekah Hillman, individually and as next friend of P.J.H., a minor; AND Jennifer Hillman** ) ) ) ) **Plaintiffs,** ) ) vs. ) ) **The Toro Company, a corporation** ) ) **Defendant.** ) | Case Number: 21-cv-4081 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs Rebekah Hillman, individually and as next friend of P.J.H., a minor; AND Jennifer Hillman recover nothing from the Defendant The Toro Company, a corporation**,** and this case is dismissed with prejudice.

**Dated:** 10/1/2024

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court